The information available on Case.net is provided as a service and is not considered an official court record.


Case.net:2622-CC02552 - NICOLAY V. MUSICIANS' ASSOCIATION OF ST. LOUIS (E-CASE) - Docket Entries

**| Respond to Selected Documents |** **Sort by date:** Descending Ascending **Display options:** All Entries

**08/20/2026**

**Jury Trial Scheduled**

**Scheduled For:** 05/10/2027; 9:00 AM; CHRISTOPHER EDWARD MCGRAUGH; City of St. Louis

**07/29/2026**

**Agent Served**

Document ID - 26-SMCC-8577; Served To - MUSICIANS' ASSOCIATION OF SAINT LOUIS, LOCAL 2-197; Served Date - 07/28/2026; Served Time - 08:36:04; Service Type - SD; Reason Description - SERV; Service Text -

**07/28/2026**

**Notice of Service**

26-SMCC-8577; Electronic Filing Certificate of Service.

**07/23/2026**

**Alias Summons Issued**

Document ID: 26-SMCC-8577, for MUSICIANS' ASSOCIATION OF SAINT LOUIS, LOCAL 2-197

**Order Granting Ext of Time**

ORDER FOR EXTENSION OF TIME TO SERVE DEFENDANT SO ORDERED: Judge Joan L. Moriarty #33057

**07/21/2026**

**Motion for Extension of Time**

Motion for Extension of Time to Serve Defendant; Proposed Order.

**Filed By:** CHRISTA HUELSKAMP

**On Behalf Of:** GENEVIEVE C NICOLAY

**06/27/2026**

**Summons Issued-Circuit**

Document ID: 26-SMCC-4753, for MUSICIANS' ASSOCIATION OF SAINT LOUIS, LOCAL 2-197

**06/25/2026**

**Filing Info Sheet eFiling**

**Filed By:** CHRISTA HUELSKAMP

**Pet Filed in Circuit Ct**

Petition; Exhibit 1; Exhibit 2; Exhibit 3; Exhibit 4; Exhibit 5; Exhibit 6.

**Filed By:** CHRISTA HUELSKAMP

**On Behalf Of:** GENEVIEVE C NICOLAY

EXHIBIT

A

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS**
**STATE OF MISSOURI**

| | | |
|---|---|---|
| **GENEVIEVE C. NICOLAY** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.:** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MUSICIANS' ASSOCIATION OF SAINT LOUIS, LOCAL 2-197** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PETITION**

Plaintiff Genevieve C. "Jenny" Nicolay ("Plaintiff" or "Ms. Nicolay"), for her causes of action against Defendant Musicians' Association of Saint Louis, Local 2-197 ("MASL" or "Defendant"), states as follows:

**Parties, Jurisdiction, and Venue**

1. Ms. Nicolay is an individual who resides in Belleville, Illinois. At all relevant times, Ms. Nicolay worked for and was supervised out of Defendant's office located at 2103 59th Street, St. Louis, Missouri 63110.
2. Ms. Nicolay is a female and, at the time of the adverse actions alleged herein, was approximately seventy-three (73) years old.
3. Defendant MASL is a labor organization affiliated with the American Federation of Musicians with its principal office at 2103 59th Street, St. Louis, Missouri 63110. At all relevant times, Defendant acted as Ms. Nicolay's employer and/or a labor organization affecting her employment opportunities.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

4. Upon information and belief, Defendant employed fifteen (15) or more employees for each working day in each of twenty (20) or more calendar weeks in the applicable year(s) for coverage under Title VII, twenty (20) or more employees for coverage under the ADEA, and six (6) or more employees for coverage under the MHRA and Whistleblower Protection Act.

5. This Court has subject-matter jurisdiction over the MHRA claims pursuant to § 213.111 R.S.Mo. and over this civil action under Missouri law. This Court has concurrent jurisdiction over the federal claims asserted herein.

6. This Court has subject-matter jurisdiction over the Whistle Blower Protection Act claims under § 285.575 R.S.Mo.

7. Venue is proper in the City of St. Louis pursuant to § 508.010 R.S.Mo. because the unlawful employment practices alleged herein occurred in this venue and Defendant maintains its principal office here.

8. Venue is proper in the City of St. Louis pursuant to § 508.010 R.S.Mo. because the defamatory statements alleged were published in this venue and Defendant maintains its principal office here.

9. Ms. Nicolay timely filed a Charge of Discrimination with the Missouri Commission on Human Rights ("MCHR") on or about August 1, 2025, naming MASL and alleging discrimination on the basis of sex and age and retaliation concerning her termination (the "Charge"). A true and accurate copy of the Charge is attached as Exhibit 1 and incorporated herein.

10. On March 27, 2026, the MCHR issued a Notice of Right to Sue. A true and accurate copy is attached as Exhibit 2 and incorporated herein.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

11. Plaintiff did not separately file with the U.S. Equal Employment Opportunity Commission ("EEOC"), but the Charge was received for dual filing with the EEOC by operation of the EEOC-MCHR work-sharing agreement and dual-filing procedures.

12. Plaintiff has brought this action within the time permitted by the MHRA and applicable federal statutes following receipt of the MCHR Right to Sue.

**Background**

13. Ms. Nicolay began employment with MASL in or about May 1983 and continuously served as Presidential Assistant and Office Manager until her termination on February 9, 2025, a tenure of approximately forty-two (42) years.

14. Since 2016, Ms. Nicolay worked full-time at a rate of approximately $24.63 per hour, receiving regular pay and benefits administered through MASL.

15. Ms. Nicolay's responsibilities included, without limitation, managing day-to-day office operations; maintaining membership databases and processing dues; drafting and sending communications to members and the AFM; supporting Executive Board functions including agendas, minutes, and logistics; coordinating scheduling and events; maintaining vendor relationships; administering benefits; and handling member inquiries and service requests.

16. Throughout her tenure, Ms. Nicolay performed her job duties satisfactorily. She received no disciplinary write-ups, was not placed on a Performance Improvement Plan, and consistently met MASL's performance expectations.

**Facts – Whistleblowing & Retaliation**

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

17. Beginning on or about January 2024, Ms. Nicolay engaged in protected activity by making internal reports and complaints to MASL leadership regarding misconduct, mismanagement, and violations of policy and law.

18. Beginning on or about January 2024, Plaintiff reported to interim President Mike Buerk that she observed violations of MASL Bylaws and practices, that she reasonably believed contravened state and federal labor/employment laws, including the hiring of Secretary/Treasurer Adam Kopff's daughter without board approval, and the Secretary Kopff's taking of private member files home. Ms. Nicolay was told by President Mike Buerk, in substance and in part, "mind her own fucking business", or words to that effect.

19. Ms. Nicolay made an additional report on or about June 2024, to Andy Tichenor, the interim President, regarding mismanaged payments by the Secretary/Treasurer Adam Kopff ("Kopff") that resulted in a member, Rochelle Skolnick, being suspended from membership.

20. On or about June 10, 2024, Ms. Nicolay was asked to meet with Adam Kopff and Executive Board members Matt Henry, Randy Holmes and Mike Karpowicz to define the role of Office Manager/Presidential Assistant and Secretary/Treasurer.

21. On or about October 2024, Ms. Nicolay made a statement to Matt Henry, Randy Holmes and Mike Karpowicz regarding the observed violations of MASL Bylaws and practices by Adam Kopff, that she reasonably believed contravened state and federal labor/employment laws.

22. Despite Ms. Nicolay's reports and opposition, MASL took no corrective action reasonably calculated to stop the misconduct or to prevent retaliation.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

**Facts – Age & Sex Harassment**

23. Beginning on or about 2023, and continuing thereafter, Kopff and MASL's President, Jason Harris ("Harris") subjected Ms. Nicolay to harassing and discriminatory conduct based on her sex and age, creating a hostile work environment.

24. In 2023, Kopff told Ms. Nicolay, in substance and in part, "how is it working with your wife" or words to that effect to describe Ms. Nicolay and her coworker, directly referencing the Plaintiff's sex in a derogatory manner.

25. On or about August 9, 2024, Harris told Ms. Nicolay, in substance and in part, "you look really old and worn out… [you're an] old lady that came with the building," or words to that effect, directly referencing Plaintiff's age in a derogatory manner.

26. Similar statements were made by Kopff and Harris from 2023 up to her termination.

27. The foregoing conduct was unwelcome, offensive, and sufficiently severe or pervasive to alter the terms and conditions of Plaintiff's employment and interfere with her ability to perform her job.

28. Despite Plaintiff's reports and opposition on or about January 2024 to the date of her termination, MASL took no corrective action reasonably calculated to address age- and sex-based hostility, or to prevent retaliation.

**Facts – False Statements**

29. On or about the end of 2024, the Professional Musicians Newsletter issued by MASL, and distributed to over 600 members, contained false and harmful

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

information about Ms. Nicolay. A true and accurate copy of the Professional Musicians Newsletter is attached as Exhibit 3 and incorporated herein.

30. The excerpt found on page 5 incorrectly stated that Ms. Nicolay denied a contractor access to the then President Buerk in an incident where a local musician was wrongly fired from a tour. The excerpt continued to say that a discussion ensued with the directors expressing "concern over this blocking of access by Nicolay."

31. The excerpt included by Secretary Kopff was intended to harm Ms. Nicolay and make Secretary Kopff look good.

32. Ms. Nicolay was personally humiliated; she suffered mental anguish and her standing in the community and reputation was harmed by the publication of this false statement.

33. Ms. Nicolay was a trusted advisor to many members of MASL after over 40 years of dedicated service and had no way of correcting the record after the statement was published.

34. Despite MASL's knowledge of Ms. Nicolay's reports regarding Secretary Kopff, they made no efforts to review these statements before publishing the newsletter.

**Facts - Termination**

35. On February 9, 2025, President Jason Harris emailed Ms. Nicolay a "Notice of Immediate Termination" stating that the Executive Board had unanimously decided to eliminate her position. A true and accurate copy is attached as Exhibit 4 and incorporated herein.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

36. In the email, President Harris asked Ms. Nicolay not to "air her grievances" to social media or to the members.

37. President Harris and Secretary Kopff, as members of the Executive Board, participated in or influenced the Executive Board's decision to terminate Plaintiff.

38. The termination notice cited no performance deficiencies and provided no advance notice. Plaintiff was not paid earned but unused vacation, was not offered severance, and received no information about continuation of benefits at the time of termination.

39. After her separation, Plaintiff's application for unemployment benefits was denied.

40. Defendant's stated reason that Plaintiff's position was "eliminated" is pretextual. Following Plaintiff's termination, MASL continued to perform Plaintiff's core duties by assigning them to Elizabeth Zenk and Peter Ulffers and by continuing the same office systems and member services that Plaintiff had managed.

41. Following Ms. Nicolay's termination, Secretary/Treasurer Adam Kopff continued to receive 'Presidential Assistant money' or compensation associated with Ms. Nicolay's former role or duties, evidencing that the position and its functions continued after Ms. Nicolay's separation.

42. Despite the reports made by Ms. Nicolay regarding Kopff's failure to perform his job duties, only her position was eliminated, evidencing a bias based on her age and sex.

43. After Ms. Nicolay's termination, MASL members continued to contact Plaintiff for assistance with functions she previously handled, despite her informing them

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

she no longer works for the union. These members included, but are not limited to, Herb Sadler, Frank Dunbar and Debbie Haferkamp.

44. Ms. Nicolay assisted member Herb Sadler with making his payment for union dues after weeks of getting no response from MASL, as well as helped him access the Zoom union meetings because he was not provided with the login information.

45. Ms. Nicolay assisted member Frank Dunbar with his Music Performance Trust Fund job paperwork, because no one had responded to him, and they had lost his paperwork.

46. Ms. Nicolay assisted member Debbie Haferkamp with Music Performance Trust Fund job paperwork on multiple occasions, because no one had responded to her, and they had lost her paperwork.

47. Ms. Nicolay's requested assistance by MASL members after her termination demonstrates the ongoing need for her role at MASL.

48. On March 5, 2025, after her termination, Plaintiff sent a Notice of Appeal Letter to MASL's Board challenging the termination as discriminatory and retaliatory. A true and accurate copy is attached as Exhibit 5.

49. MASL failed to take corrective action or to respond to Plaintiff's internal complaints or appeal.

**Facts – MCHR Charge**

50. Ms. Nicolay timely filed a Charge of Discrimination with the Missouri Commission on Human Rights ("MCHR") on or about August 1, 2025, attached as Exhibit 1.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

51. Sometime after Ms. Nicolay filed the Charge with MCHR, Defendant provided a Position Statement to the MCHR. A true and accurate copy of Defendant's Position Statement is attached as Exhibit 6 and incorporated herein.
52. The Position Statement asserted that after the death of then-President Vicki Smolik in January 2024, the Executive Board determined over several months that Ms. Nicolay's role was no longer necessary, due to technological advances and the necessity of Ms. Nicolay's job functions to the members, the interim Presidents, and President Harris.
53. Plaintiff disputes Defendant's assertions, including the claim that new technology obviated her role and the contention that workload decreased.
54. Plaintiff further disputes the timeline, as her termination occurred over a year after then-President Vicki Smolik's death.
55. Defendant did not provide any notice to Ms. Nicolay that her position would be eliminated or transitioned due to technology or workload changes, despite the Executive Board's deliberation over "several months".
56. Defendant terminated Ms. Nicolay due to the bias of President Harris and the bias of Secretary Kopff who would resume her job duties.
57. Upon information and belief, the Secretary/Treasurer Adam Kopff was forced to resign on June 19, 2026, evidencing the credibility of Ms. Nicolay's initial reports.

**Facts - Summary**

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

58. Prior to her termination, Ms. Nicolay engaged in protected activity by complaining to officers about sex and age discrimination, hostile treatment, and violations of MASL Bylaws and applicable laws.

59. The timing of the elimination decision relative to Ms. Nicolay's protected complaints, the publication of false statements, the requests to not air her grievances, the continued performance of her duties by others after her termination, the continued requests from MASL members after her termination, the age/sex-based remarks by President Harris and Secretary Kopff, and the retention of Secretary Kopff's position despite his deficiencies collectively evidence discrimination and retaliation.

60. As a direct and proximate result of Defendant's conduct, Ms. Nicolay has suffered and continues to suffer lost wages and benefits, loss of future earning capacity due to her age, emotional distress, humiliation, inconvenience, reputational harm, and other non-economic damages. Plaintiff has incurred and will continue to incur attorneys' fees and litigation expenses.

61. All conditions precedent to filing this action have been satisfied, occurred, or been waived.

**Count I — Sex Discrimination and Hostile Work Environment (Title VII, 42 U.S.C. § 2000e et seq.)**

62. Plaintiff realleges and incorporates by reference paragraphs 1 through 61 as if fully set forth herein.

63. Defendant is a covered employer and/or labor organization under Title VII.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

64. Plaintiff is a member of a protected class based on sex. She was subjected to unwelcome harassment and adverse employment actions, including termination.

65. The harassment and termination were motivated, at least in part, by Plaintiff's sex. Title VII liability for discrimination is established where sex is a motivating factor in an adverse employment action.

66. President Harris's and Secretary Kopff's sex-based comments and conduct, the retainer of Kopff's position, combined with the termination decision by the Executive Board they influenced, demonstrate discriminatory motive.

67. The hostile work environment was sufficiently severe or pervasive to alter the terms and conditions of employment and create a hostile or abusive work environment.

68. Ms. Nicolay suffered tangible adverse employment actions, including termination, denial of benefits and accrued vacation payout, and denial of reinstatement.

69. Defendant is liable for the conduct of its officers, agents, and supervisors, including Harris and Kopff, and failed to take prompt and effective remedial action after notice.

70. Defendant's stated reason for terminating Plaintiff, position elimination, is pretext for sex discrimination and hostility.

71. As a direct and proximate result, Plaintiff suffered damages as alleged above.

72. Plaintiff seeks all legal and equitable relief available under Title VII, including back pay, front pay or reinstatement, compensatory damages, attorneys' fees, costs, and pre- and post-judgment interest.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

**Count II — Age Discrimination (ADEA, 29 U.S.C. § 621 et seq.)**

73. Plaintiff realleges and incorporates by reference paragraphs 1 through 72 as if fully set forth herein.

74. Defendant is a covered employer and/or labor organization under the ADEA.

75. Plaintiff was over 40 years old at all relevant times and qualified for her position.

76. Defendant terminated Plaintiff and otherwise adversely affected her compensation, terms, conditions, and privileges of employment.

77. Plaintiff's age was the but-for cause of the adverse employment action(s), as evidenced by age-based remarks by President Harris, replacement or reassignment of Plaintiff's duties to younger employees, retainment of Secretary Kopff's role despite his deficiencies and the temporal sequence and shifting explanations for the termination.

78. As a result, Plaintiff suffered damages as alleged above.

79. Plaintiff seeks all legal and equitable relief available under the ADEA, including back pay, front pay or reinstatement, attorneys' fees and costs, pre- and post-judgment interest, and liquidated damages for willful violations.

**Count III — Sex and Age Discrimination (MHRA, § 213.055 R.S.Mo.)**

80. Plaintiff realleges and incorporates by reference paragraphs 1 through 79 as if fully set forth herein.

81. Defendant is a covered employer and/or labor organization under the MHRA.

82. Plaintiff is a member of protected classes based on sex and age.

83. Defendant discriminated against Plaintiff with respect to her employment, including termination and the creation of a hostile work environment, and

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

Plaintiff's protected characteristics of sex and/or age were motivating factors in Defendant's adverse actions.

84. As a result, Plaintiff suffered damages as alleged above.

85. Plaintiff seeks all legal and equitable relief available under the MHRA, including back pay, front pay or reinstatement, compensatory damages, attorneys' fees, costs, and pre- and post-judgment interest.

**Count IV — Retaliation (Title VII)**

86. Plaintiff realleges and incorporates by reference paragraphs 1 through 85 as if fully set forth herein.

87. Plaintiff engaged in protected activity under Title VII by making good-faith complaints of sex discrimination and a hostile work environment to MASL decisionmakers and by filing a Charge with the MCHR.

88. Defendant subjected Plaintiff to materially adverse actions, including termination and refusal to remedy harassment.

89. But for Plaintiff's protected activity, Defendant would not have taken the adverse actions. The close temporal proximity between her complaints and the decision to eliminate her position, combined with the ongoing performance of her duties by others, the retention of Secretary Kopff's role and sex-based remarks by President Harris and Secretary Kopff, support causation.

90. As a result, Plaintiff suffered damages as alleged above.

91. Plaintiff seeks all legal and equitable relief available under Title VII, including back pay, front pay or reinstatement, compensatory damages, attorneys' fees, costs, and pre- and post-judgment interest.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

**Count V — Retaliation (ADEA)**

92. Plaintiff realleges and incorporates by reference paragraphs 1 through 91 as if fully set forth herein.

93. Plaintiff engaged in protected activity under the ADEA by opposing age discrimination to MASL decisionmakers and by filing a Charge with the MCHR.

94. Defendant subjected Plaintiff to materially adverse actions, including termination and refusal to remedy age-based harassment.

95. But for Plaintiff's protected activity under the ADEA, Defendant would not have taken the adverse actions.

96. As a result, Plaintiff suffered damages as alleged above.

97. Plaintiff seeks all legal and equitable relief available under the ADEA, including back pay, front pay or reinstatement, attorneys' fees and costs, pre- and post-judgment interest, and liquidated damages for willful violations.

**Count VI — Retaliation (MHRA, § 213.070 R.S.Mo.)**

98. Plaintiff realleges and incorporates by reference paragraphs 1 through 97 as if fully set forth herein.

99. Plaintiff engaged in protected activity under the MHRA by opposing discrimination on the basis of sex and age and by filing and participating in a Charge.

100. Defendant took materially adverse actions against Plaintiff, including termination and refusal to remedy discriminatory harassment.

101. Plaintiff's protected status and activity were motivating factors in Defendant's retaliatory actions in violation of § 213.070 R.S.Mo.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

102. As a result, Plaintiff suffered damages as alleged above.

103. Plaintiff seeks all legal and equitable relief available under the MHRA, including back pay, front pay or reinstatement, compensatory damages, attorneys' fees, costs, and pre- and post-judgment interest.

**Count VII – Whistleblower Retaliation (Mo. Rev. Stat. § 285.575)**

104. Plaintiff realleges and incorporates by reference paragraphs 1 through 103 as if fully set forth herein.

105. Plaintiff was at all relevant times an employee of Defendant within the meaning of Mo. Rev. Stat. § 285.575 and a protected person under the statute.

106. Plaintiff, in good faith, reported and refused to remain silent about conduct she reasonably believed to be an unlawful act or serious misconduct that violates a clear mandate of public policy as articulated in a constitutional provision, statute, or regulation, including violations of Defendant's bylaws and applicable law. Plaintiff made such reports to proper authorities within the organization, including interim presidents and officers with supervisory and managerial responsibility to address and remedy the reported violations.

107. Plaintiff's reports and refusals to remain silent were protected activities because they disclosed and opposed violations of law or serious misconduct and were directed to supervisors and officers with authority to take corrective action.

108. Following Plaintiff's protected activity, Defendant subjected Plaintiff to adverse employment actions, culminating in the termination of her employment by pretextual elimination of her position, after leadership's hostile response and lack of corrective action and then requesting that Plaintiff not air grievances.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

109. Plaintiff's protected activity was a motivating factor in Defendant's decision to terminate her employment and otherwise retaliate against her, as evidenced by the hostile directive to "mind her own fucking business," the failure to investigate or remediate the reported violations, the timing of events, the request that she refrain from airing grievances, and the pretextual elimination of her position.

110. As a result, Plaintiff suffered damages as alleged above.

111. Plaintiff seeks and is entitled to the remedies available under Mo. Rev. Stat. § 285.575, back pay, front pay or reinstatement, compensatory damages, attorneys' fees, costs, and pre- and post-judgment interest.

**Count VIII – Defamation (§ 509.210 R.S.Mo)**

112. Plaintiff realleges and incorporates by reference paragraphs 1 through 111 as if fully set forth herein.

113. The Professional Musicians Newsletter is a publication issued by MASL and distributed to over 600 members.

114. n the newsletter, an excerpt on page 5 stated that Ms. Nicolay denied a contractor access to then-President Buerk regarding an incident where a local musician was wrongly fired from a tour, and that directors expressed "concern over this blocking of access by Nicolay."

115. The statements were about and directly identified Ms. Nicolay.

116. The statement that Ms. Nicolay blocked a contractor's access to the President was false.

117. The statements were defamatory in that they tended to expose Plaintiff to public embarrassment and ridicule, and to deprive her of the benefits of public

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

confidence and social intercourse, and to injure her in her occupation, by accusing her of obstructing member access and mishandling a significant union matter.

118. Publication occurred when MASL distributed the Professional Musicians Newsletter to its membership of over 600 recipients in the City of St. Louis and elsewhere.

119. At a minimum, Defendant acted negligently in publishing the statements because it failed to take reasonable steps to verify the accuracy of the excerpt despite knowledge of the tense relationship between Ms. Nicolay and Secretary Kopff and the foreseeable harm to Plaintiff's reputation; alternatively, Defendant acted with actual malice in that the statements were published with knowledge of falsity or reckless disregard for truth.

120. As a result, Plaintiff suffered reputational harm, humiliation, and other damages as alleged above.

121. Plaintiff pleads compliance with § 516.140 R.S.Mo. two-year statute of limitations for defamation claims based on the end-of-2024 publication date alleged herein.

122. Plaintiff seeks actual damages and punitive damages for common-law defamation. Plaintiff also seeks attorneys' fees and costs only to the extent permitted by contract or statute, and otherwise reserves the right to withdraw the request for attorneys' fees if no valid basis exists.

**Prayer for Relief**

123. Wherefore, Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendant and award the following relief:

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

124. Title VII (Counts I and IV):

A. Reinstatement to her former position with all seniority and benefits restored, or in the alternative, front pay in lieu of reinstatement.

B. Back pay, including lost wages and benefits, with pre- and post-judgment interest.

C. Compensatory damages for emotional distress and other non-economic harm.

D. Reasonable attorneys' fees and costs.

125. ADEA (Counts II and V):

A. Reinstatement or, in the alternative, front pay.

B. Back pay with pre- and post-judgment interest.

C. Liquidated damages for willful violations.

D. Reasonable attorneys' fees and costs.

126. MHRA (Counts III and VI):

A. Reinstatement or, in the alternative, front pay.

B. Back pay with pre- and post-judgment interest.

C. Compensatory damages.

D. Reasonable attorneys' fees and costs.

E. All other legal and equitable relief the Court deems just and proper.

127. Whistleblower Retaliation (Count VII)

A. Reinstatement or, in the alternative, front pay.

B. Back pay with pre- and post-judgment interest.

C. Liquidated damages for willful violations.

D. Reasonable attorneys' fees and costs.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

128. Defamation (Count VIII)

A. Actual damages.

B. Punitive damages.

C. Reasonable Attorneys' fees and costs to the extent permitted by law [if no valid basis exists, fees request to be withdrawn].

**Jury Demand**

129. Plaintiff demands a trial by jury on all issues so triable.

**Designation of Place of Trial**

130. Plaintiff designates the City of St. Louis, Missouri, as the place of trial.

**Attachments**

131. Exhibit 1 — Charge of Discrimination (MCHR/EEOC) dated on or about August 1, 2025.

132. Exhibit 2 — MCHR Notice of Right to Sue dated on or about March 27, 2026.

133. Exhibit 3 — Professional Musicians Newsletter dated on or about end of 2024.

134. Exhibit 4 — Notice of Immediate Termination dated February 9, 2025.

135. Exhibit 5 — Notice of Appeal Letter dated March 5, 2025.

136. Exhibit 6 — Defendant's MCHR Position Statement.

Respectfully submitted,

Straight Talk Legal, LLC

By /s/ Christa Huelskamp,
Christa Huelskamp, #77573
11775 Borman Drive, Suite 216
Saint Louis, Missouri 63146
3143252450
christa@straight-talk-legal.com
Attorney for Plaintiff

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

2622-CC02552

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

☐ FEPA E-08/25-57230;

☐ EEOC 28E-2025-00828

**Missouri Commission On Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Ms. Genevieve Nicolay** | [redacted] | [redacted] |

| Street Address | City, State and ZIP Code | County |
|---|---|---|
| [redacted] | | [redacted] |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **MUSICIANS ASSOCIATION OF ST. LOUIS, MO LOCAL 2-197** | **6+** | **314-781-6612** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2103 59th Street, Saint Louis, Missouri 63110** | |

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☒ RETALIATION ☒ AGE ☐ DISABILITY ☒ OTHER *(Specify below.)*

**Harassment**

DATE(S) DISCRIMINATION TOOK PLACE

**02/09/2025**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**A copy of Complainant's Narrative is attached hereto as Exhibit A and is incorporated by reference herein.**

Complainant is represented by legal counsel and hereby requests that all correspondence be sent to:

Joan M. Swartz, #37242
Brendan R. McDonough, #75246
Law Offices of Joan M. Swartz
3348 Greenwood Blvd.
St. Louis, Missouri 63143
314-471-2032
jms@jmsllc.com
bmcdonough@jmsllc.com

Ryan S. Shaughnessy, #39922
Shaughnessy Law Firm, LLC
100 N. Kingshighway Blvd., Suite 2310
St. Louis, Missouri 63108
314-971-4381
rss@slfadvisors.com

MCHR
August 1, 2025
FILED

Complainant requests the issuance of a Right to Sue Letter upon expiration of 180 days from the date of filing of the Charge of Discrimination.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

Jacqueline A. Crews

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

[signature] #39922

x 8/1/2025 x [signature] #39922

*Date* *Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

JACQUELINE A. CREWS
Notary Public-Notary Seal
State of Missouri, St. Louis City
Commission #22242727
My Commission Expires June 9, 2026

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

# EXHIBIT A – NARRATIVE TO CHARGE OF DISCRIMINATION

## A. STATEMENT OF CLAIMS

This Charge of Discrimination includes claims of unlawful employment practices based on sex and age discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., the Age Discrimination in Employment Act, 29 U.S.C. § 621 et seq., and §213.055 R.S.Mo. This Charge also includes claims of retaliation and other unlawful discriminatory practices under Title VII, the Age Discrimination in Employment Act, and §213.070 R.S.Mo.

## B. PARTIES

Complainant Genevieve Nicolay is a "covered individual" under the Missouri Human Rights Act as an employee subjected to discrimination based on her sex and age and to retaliation in connection with her employment with a labor organization. Complainant was employed by Respondent as Presidential Assistant/Office Manager from May 1983 through February 9, 2025, a period of approximately forty-two (42) years.

Respondent Musicians Association of St. Louis, Mo Local 2-197 is a "covered entity" as a labor organization and employer under applicable state and federal anti-discrimination laws. At all times relevant hereto, Respondent had six (6) or more employees.

## C. PROTECTED CLASS AND WORK HISTORY

Complainant Genevieve Nicolay is a 73-year-old female who is a member of one (1) or more protected classes based on her sex and age. At the time of her termination on February 9, 2025, Complainant was 73 years old and therefore protected under the Age Discrimination in Employment Act as an individual who is 40 years of age or older. In addition, Complainant Genevieve Nicolay opposed unlawful employment practices under §213.055 R.S.Mo. and retaliation and other unlawful discriminatory practices under §213.070 R.S.Mo.

At all times relevant hereto, Respondent Musicians Association of St. Louis, Mo Local 2-197 employed Complainant Genevieve Nicolay as Presidential assistant/Office Manager. Complainant Genevieve Nicolay was employed by Respondent from May 1983 through February 9, 2025, a period of approximately forty-two (42) years of dedicated service. Since 2016, Complainant worked full-time at a rate of $24.63 per hour in her capacity as Presidential assistant/Office Manager.

During her extensive employment with Respondent, Complainant Genevieve Nicolay maintained a clean disciplinary record with no disciplinary problems or write-ups reported. Complainant was not subject to any Performance Improvement Plan and demonstrated consistent performance throughout her tenure with the organization.

MCHR
August 1, 2025
FILED

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

**D. DISCRIMINATION DETAILS**

Commencing on or about August 23, 2024, and continuing to the present, Complainant Genevieve Nicolay has been continually and repeatedly subjected to discrimination based on her sex and age, and retaliation for opposing discriminatory practices as follows:

**1. Discriminatory Termination:** On February 9, 2025, after approximately forty-two (42) years of dedicated service, Complainant Genevieve Nicolay was terminated from her position as Presidential Assistant/Office Manager. Respondent provided only the vague explanation that her "job was eliminated" with no further explanation or justification provided. This termination occurred when Complainant was 73 years old and constituted age discrimination in violation of applicable federal law. The decision to terminate Complainant's employment was based on her age and sex rather than any legitimate business reason.

**2. Harassment by Management:** Complainant Genevieve Nicolay was subjected to harassment by Jason Harris, President of Musicians Association of St. Louis, Mo Local 2-197, based on her sex and age. This pattern of harassment created a hostile work environment that was offensive to Complainant and interfered with her ability to perform her duties. Specifically, Complainant Genevieve Nicolay was subjected to harassment, including derogatory comments and refusal to permit vacation days based on her age, sex, and societal expectations and bias relating to woman.

**3. Failure to Respond to Internal Complaints:** When Complainant Genevieve Nicolay filed a grievance letter with Local 2-197 regarding the discriminatory treatment she experienced, Respondent ignored her complaint and failed to take any corrective action. This failure to address Complainant's concerns about discrimination demonstrates Respondent's indifference to unlawful employment practices and further evidences the discriminatory animus underlying Complainant's treatment.

**4. Retaliation for Protected Activity:** Complainant's termination (including non-payment of earned and unused vacation) constituted unlawful retaliation for her protected activities, including her complaints about job discrimination and her filing of internal grievances with the union. The timing and circumstances of Complainant's termination, coupled with the pretextual reason provided for her discharge, demonstrate that Respondent terminated Complainant in retaliation for her opposition to discriminatory practices rather than for any legitimate business reason.

**E. REPORTING AND RESPONSE**

Complainant Genevieve Nicolay reported the discriminatory treatment she experienced by filing a grievance letter with Local 2-197. Additionally, Complainant made complaints to her employer about job discrimination and filed charges of job discrimination with the appropriate authorities. Complainant also made note of harassment incidents that occurred, including the incident involving Jason Harris, President of Musicians Association of St. Louis, Mo Local 2-197, that occurred on or about April 10, 2025, after her termination.

MCHR
August 1, 2025
FILED

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

Respondent Musicians Association of St. Louis, Mo Local 2-197 ignored Complainant's grievance letter and failed to take any corrective action in response to her complaints of discrimination. Respondent's failure to adequately investigate Complainant's reports of discrimination and harassment, and its complete lack of response to her internal grievance, demonstrates Respondent's indifference to unlawful employment practices and further evidences the discriminatory treatment of Complainant.

**F. DAMAGES**

As a direct and proximate result of the acts, events, and occurrences of discrimination, harassment and retaliation described herein, Complainant Genevieve Nicolay has and continues to suffer damages, including but not limited to:

1. Lost wages and benefits relating to her unlawful termination from employment after forty-two (42) years of dedicated service;

2. Loss of employment opportunities and potential continued employment with Respondent;

3. Emotional distress, including, without limitation, pain and suffering, sadness, hopelessness, anxiety, agitation, restlessness, and depression resulting from the discriminatory treatment and harassment she endured;

4. Damage to professional reputation and standing after decades of service with the organization;

5. Loss or diminution of future wages and employment opportunities, particularly given Complainant's age and the challenges faced by older workers in securing new employment; and

6. Other economic and non-economic damages to be proven at trial.

**G. NOTICE OF REPRESENTATION.**

Complainant Genevieve Nicolay is represented by legal counsel and hereby requests that all correspondence be sent to:

JOAN M. SWARTZ, ESQ.
LAW OFFICES OF JOAN M. SWARTZ
3348 GREENWOOD BLVD.
ST. LOUIS, MISSOURI 63143
JMS@JMSLLC.COM
314-471-2032

The Law Offices of Joan M. Swartz does hereby provide notice of its attorney's lien upon the claims and causes of action described in the Charge of Discrimination in accordance with §484.130 R.S.Mo., §484.140 R.S.Mo. and §213.111 R.S.Mo.

MCHR
August 1, 2025
FILED

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

**H. REQUEST FOR RIGHT TO SUE LETTER.**

Upon the expiration of the one hundred eighty (180) day period after the filing of the Charge of Discrimination, Complainant Genevieve Nicolay requests the issuance by the Missouri Commission on Human Rights of a Notice of Right to Sue and further requests a complete copy of the MCHR File relating to the Charge of Discrimination.

**I. EARLY MEDIATION.**

Complainant Genevieve Nicolay requests early mediation.

MCHR
August 1, 2025
FILED

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS

# MISSOURI COMMISSION ON HUMAN RIGHTS

| MIKE KEHOE<br>GOVERNOR | ANNA S. HUI<br>DEPARTMENT DIRECTOR | AL LI<br>COMMISSION CHAIR | SHANNON THOMPSON<br>ACTING EXECUTIVE DIRECTOR |
|---|---|---|---|

March 27, 2026

Genevieve Nicolay
[redacted]
Via Complainant Attorney Email: rss@slfadvisors.com, jms@jmsllc.com

**NOTICE OF RIGHT TO SUE**

RE: Nicolay v Musicians Association of St. Louis Local 2-197
E-08/25-57230; 28E-2025-00828

The Missouri Commission on Human Rights (MCHR) is terminating its proceedings and issuing this notice of your right to sue under the Missouri Human Rights Act because you have requested a notice of your right to sue.

This letter indicates your right to bring a civil action within 90 days of this notice against the respondent(s) named in the complaint. Such an action may be brought in any circuit court in any county in which the unlawful discriminatory practice is alleged to have occurred but it must be brought no later than two years after the alleged cause occurred or its reasonable discovery. Upon issuance of this notice, the MCHR is terminating all proceedings relating to the complaint. No person may file or reinstate a complaint with the MCHR after the issuance of a notice of right to sue relating to the same practice or act. You are hereby notified of your right to sue the Respondent(s) named in your complaint in state circuit court. **THIS MUST BE DONE WITHIN 90 DAYS OF THE DATE OF THIS NOTICE OR YOUR RIGHT TO SUE IS LOST**.

You are also notified that the Executive Director is hereby administratively closing this case and terminating all MCHR proceedings relating to it. This notice of right to sue has no effect on the suit-filing period for any federal claims. This notice of right to sue is being issued as required by Section 213.111.1, RSMo, because it has been over 180 days after the filing of this complaint and MCHR has not completed its administrative processing.

In addition to the process described above, if any party is aggrieved by this decision of the MCHR, that party may appeal the decision by filing a petition under § 536.150 of the Revised Statutes of Missouri. Any such petition must be filed in the Circuit Court of Cole County.

(CONTINUED ON NEXT PAGE)

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

RE: Nicolay v Musicians Association of St. Louis Local 2-197
E-08/25-57230; 28E-2025-00828

Respectfully,



Shannon Thompson
Acting Executive Director

CC:
Musicians Association Of St. Louis, MO Local 2-197
Jason Harris, President
2103 59th Street
St. Louis, MO 63110
*Via Respondent Attorney Email*

George Suggs
Schuchat Cook & Werner
1221 Locust St., Suite 250
Saint Louis, MO 63103
gos@schuchatcw.com

Ryan Shaughnessy
Shaughnessy Law Firm, LLC
100 N Kingshighway Blvd
Suite 2310
Saint Louis, MO 63108
rss@slfadvisors.com

Joan Swartz
Brendan McDonough
Law Offices of Joan M. Swartz, LLC
3348 Greenwood Blvd.
St. Louis, MO 63143
jms@jmsllc.com
bmcdonough@jmsllc.com

Case: 4:26-cv-01365-JMD Doc. #: 1-1 Filed: 08/27/26 Page: 28 of 56 PageID #: 33
2622-CC02552
Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

MASL 2-197 St. Louis, MO

# PROFESSIONAL MUSICIAN

*The official journal of the Musicians' Association of St. Louis*
*Local 2-197, American Federation of Musicians, AFL-CIO*
*Any notice appearing in this publication should be considered an official notice to all members.*

3rd and 4th Quarter 2024 - double edition | Vol. 32/No. 3 | Chartered November 19, 1896

**Email address: SecTreas@masl2197.org** **Website: http://www.masl2197.org/**

## 2024 Year-End Issue

### President's Message
MASL 2-197
**Nikki Glenn - Acting President**

Dear Fellow Members of Local 2–197,

As I approach the conclusion of my tenure as acting president of MASL Local 2–197, I find myself reflecting on an extraordinary journey. To say this experience has been transformative would be an understatement. The learning curve was steep, shaped by unexpected transitions in leadership and the lingering effects of a long-term structure where key decisions rested with one individual. This legacy created a void in institutional knowledge and experience that I navigated to the best of my ability, with invaluable guidance from our union legal counsel, Loretta Haggard. Her expertise and support were essential at every turn, and I am profoundly grateful for her assistance.

*Continued on page 3*

### S/T Message
**Adam Kopff - Secretary / Treasurer**

I wish to extend my gratitude to those of you who voted for me in the recent election. For those who did not, I hope to earn your confidence over the rest of this term. My goal has been and will continue to be providing excellent customer service to our members, while streamlining the workflow within the office. Offering the option to pay via Venmo and online by credit card has certainly made things easier for our members and staff.

In October I had the honor of representing our local at the Midwestern Conference meeting, held in Chicago. There we learned what our AFM is doing to help with resolving sexual harassment issues, as well as various diversity initiatives. We also

*Continued on page 3*

NOTICE:

General Membership Meeting
Tues April 8, 2025 - 7pm
will be held via ZOOM
and in-person
a link will be sent via email

***Membership Dues***

**Due on Jan 1, April 1, July 1, Oct. 1**

**Regular Members $172.00 per year $45.50 per quarter**
**Life Members $132.00 per year $35.50 per quarter**
**STATEMENTS, RECEIPTS & MEMBERSHIP CARDS ARE DELVERED VIA EMAIL**

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

**NOTE: The AFM has a new policy wherein members who have been expelled or suspended from any local show up in RED on the AFM Roster search. A new AFM By-Law now forbids these indiviudals from getting work in any other local until their expulsion is resolved.**

## Expelled Members (Jul-Dec 2024)

Tyler Brugmann
Mary Chickos
Jonathan Gannon
Valerie Gordon
Floyd Johnson
John Kurokawa
Jennifer Lewis
Bailey Salinero
Andrew Smith
Gina Sprinkle

## Reinstated Members (Jul - Dec 2024)

Thor Anderson
Rebecca Braun
Joanne Keefe
Jane Price
Benjamin Thompson
Robert Walker
Graham Woodland

## Deceased Members (Jul-Dec 2024)

Robin Hendry
Bill Hershey

## Resigned Members (Jul - Dec 2024

William Akin
Samuel Almaguer
Chase Anderson
Jackson Bert
Grace Browning
Ryan Carpenter
Autumn Chodorowshi
Nancy Classen
Kurena Crockett
Tim Crockett
Cullen Curth
Adam De Sorgo
Andre Gaskins
Anna Groesch
Andrew Hainz
Sophia Han
Sydney Hartwick
Diana Haskell
Mac Hinson
Donald Holstien
Desiree Jones
Casey Kalaher
Joseph LeFevre
Caleb McCarroll
Lindsey Miller
Eun Hey (Grace) Park
Matthew Pickart
Grace Roepke
Caroline Robinson
Michael Romans
Amy Jo Sawyer
Alan Schilling
Hannah Silverman
Wesley Skidgel
Robyn Smith
Robert Souza
Deborah Thuet
Adam Trussell
Karl Vilcins
Robin Williams
Rulin (Olivia) Zhang

*Professional Musician*
is published quarterly by the:
**Musicians' Association of St. Louis**
**Local 2-197, A.F.M.**
2103 59th Street
St. Louis, Missouri 63110
Phone (314) 781-6612

2025 Officers:

**Jason Harris**, *President*
First Delegate to AFM Convention
**Matt Henry**, *Vice President*
**Adam J. Kopff**, *Secretary-Treasurer*
Second Delegate to AFM Convention
**Vince Clark**
Fourth Delegate to AFM Convention

**Executive Board:**
Randy Holmes, Mike Walk, Amanda Stewart, Henry Skolnick, Greg Schweizer, Gary Smith, Jeanine York-Garesche
*The Board of Directors meets the second Saturday of each month, starting at 10:00 A.M. unless otherwise called.*

Editor: Adam J. Kopff

## Suspended Members (Jul - Dec 2024)

Terrance (TJ) Abernathy
Gabrielle Baffoni
William Bauer
Janae Bursey
Fariga Drayton
Daniel Herrera
Julian Kaplan
Justin Lewis
Alexander Mullins
Phil Ring
Caroline Robinson
Monet Royal
Hannah Silverman

Case: 4:26-cv-01365-JMD Doc. #: 1-1 Filed: 08/27/26 Page: 30 of 56 PageID #: 35



*President's Message continued*

During my time in office, I worked closely with the Muny and the St. Louis Symphony Orchestra on various important issues, as well as facilitating progress toward renewing collective bargaining agreements with other local organizations. Most importantly, I am proud to have overseen the first contested elections we have had in quite some time. Ensuring this election was conducted in full compliance with our bylaws, the International's regulations, and Department of Labor guidance was a priority. I firmly believe this election was a success, and it was deeply gratifying to see our membership engaged and actively participating throughout the process. I extend special thanks to our Election Committee and its Chair, Steve Radick, whose dedication was vital to the smooth execution of this milestone.

There was no shortage of challenges. One of my first tasks upon assuming office was collaborating with the Muny to resolve a grievance. This experience offered a crash course not only in music administration but also in understanding the political influences that shape our union. Through these challenges, I gained a profound appreciation for the relationships that sustain and strengthen our work as a union. For this experience, I am deeply grateful.

I must also express my gratitude to the Officers, staff, and Executive Board for their commitment to our shared goals and objectives. Your support has been invaluable. To President Andy Tichenor, whose faith in my ability to lead never wavered, I extend my heartfelt thanks and best wishes for your continued recovery. Finally, I would be remiss not to recognize my husband, Charles, whose unwavering support has been my anchor throughout this journey.

Our union has endured a season of turmoil, but I am confident that we are entering a new era of opportunity. With an agile and focused leadership team at the helm, we are poised to ensure that Local 2–197 serves as the supportive and powerful advocate that all musicians deserve—whether they are members of the Symphony or part of our vibrant freelance community. St. Louis is a goldmine of talent, and it has been the privilege of a lifetime to serve this extraordinary community, even if only for a brief time.

Thank you for entrusting me with this role. I extend my best wishes to my union brothers and sisters as we continue to move forward together.

In solidarity,
Nikki Glenn

*S/T report continued*

learned how local 10-208 (Chicago Federation of Musicians) is working with a new computer system that allows them to better engage with their members, while optimizing the local officer's workflow. I am not holding my breath, but hopefully the AFM will work to adopt newer technology to replace our antiquated Access database system.

We also saw a preview of the new insurance portal which will be available soon for a variety of insurance products: not just for instrument insurance, but the opportunity for members to save on auto, home, and other insurance products. Our new carrier is much more responsive than AMBA has ever been. Keep an eye out in a future edition of International Musician for an announcement about the new portal.

Our new President and Executive Board are hard at work to clean up old, unresolved issues, and are looking to expand our overall membership, while increasing the focus on our members' needs. As always, please feel free to reach out with any questions or concerns; we are here to help our members any way we can.

One thing we ask of our members: send us photos from your gigs (along with names); we want to continue to refresh our website and feature our musicians as much as we can.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

## E Board Meeting July 13, 2024

Meeting VIA ZOOM called to order at 10:01AM, by Acting President Tichenor in the chair. All are present via ZOOM (except Holmes, excused).

Due to the resignation of President Buerk, Acting President Tichenor recommends Director Nikki Glenn to be appointed as Vice President. So moved by Tichenor, 2nd Smith. Discussion ensues, then MCU

Acting President Tichenor also recommends member Matthew Henry be appointed to the Board as a Director to serve out the rest of the term previously held by Mr. Buerk. So moved Smith / 2nd Kopff. Discussion ensues, then MCU.

(Matt Henry joins the Zoom call at 10:15am)

S/T Kopff then swears in Tichenor as President, Glenn as VP, and Henry as Director, per our By-Laws.

**Reading of Minutes**

It is M/Tichenor, S/Karpowicz to adopt the minutes of the meetings of June, 2024 as written. MCU

**Reading and Acting on Correspondence** – The Labor Tribune is soliciting ad spaces for their Labor Day edition; we took out a 1/8 page last year (smallest size available). Cost of this year's ad is $439. M/Karpowicz, S/Tichenor to approve the ad. MCU

**Special Motion(s)**

S/T Kopff requests that he and President Tichenor be made signatories on the Regions Bank CD (which was initiated by now-deceased former President Smolik), in addition to all accounts at Regions Bank (#s ending in 0999, 1022, 1030, 1049, 1391, 4105). Kopff plans to move these matured CD funds into a Money Market account, as these are earning more interest than the current CD renewal. It is also requested that President Tichenor be issued a credit card from Regions Bank, to replace former President Buerk's account, with the same credit limit. So moved by Skolnick, S/Glenn. MCU

Director Smith has decided to resign from his position as the Chair of the Price Committee. President Tichenor appoints Director Glenn to be Chair of the Price Committee. New Director Henry will replace Glenn on the By-Laws committee. Discussion, M/Tichenor, S/Karpowicz. MCU

**S/T Report July 13, 2024**

Membership data summary as of July 1, 2024: Total membership in good standing is 650.

20 members resigned during June: Emily Bowman, Michelle Davidson, Ryan Donohue, Gabi Grasso, Ling Ling Guan, Claire Ashe Happel, Michael Harper, Sungmin (Peter) Kim, Michaela Kuba, Scott Moore, Kurt Muroki, Jonathan (Jake) Platt, Mary Reed, Jemmie Robertson, Robyn Smith, Sophie Thorpe, Ryan Toher, Jeffrey Turner, Sharon Voss, Soo JHee Yang. N.B.: the majority of these musicians resigned when the SLSO season was over, as they live out of town.

0 deaths was reported in June:

6 new musicians joined in June:

Terrance (TJ) Abernathy – French Horn, Conductor, Composer – 1362 Taos Drive – 314-610-6198 – composer777baton@gmail.com

Janae Bursey – Cello, Piano, Elec. Bass, Ukelele – 1653 S. 5th Street, St. Charles, MO 63303 – 636-579-1597 – janaebursey2001@gmail.com

Desiree Jones – Drums, African Percussion, Marimba – 1755 Coachway Lane, Hazelwood, MO 63042 – 314-449-3961 – rhythemicflo@gmail.com

John Kurtz – Drums, Percussion, Guitar707 Morrison Ave., Waterloo, IL 62298 – 618-210-3446 – jokurtz85@gmaill.com

Phil Ring – Acoustic Guitar, Electric Guitar, Bass – 5221 Bischoff Ave REAR, St. Louis, MO 63110 – 314-606-6685 – philring@me.com

Wen Shen – Piano, Organ – 223 Timber Meadow Dr., Maryland Heights, MO 63043 – wen.shen@slu.edu

14 members are Expelled in April: William Barnett, Marilyn Beabout, Karin Bliznik, John DiCesare, Jermaine Hill, John Kurokawa, James Land, Michael Montague, Thomas Moore, Adam Phan, Mark Shuldiner, Jeffrey Strong, Danielle Williams, Graham Woodland.

0 Members were Suspended in June:

2 members reinstated during June: Fariga Drayton, Joseph Henricks. We appreciate their reinstatement!

Address, phone, or email changes: List attached:

June finances: Total income: $27,049.96 including $1,975.66 in Membership Dues and $25,061.99 in work dues ($24,746.78 in CBA WD, and $315.21 in Casual & MPTF WD). Total expenses: $28,954.63, including $4,366.85 in building and office expense and $5,425.05 paid to affiliated organizations for a Net Loss of $1,904.67. Total assets: $466,471.43, including cash, investments, EIDL proceeds, and some fixed assets. Total Liabilities: $54,262.74 excluding EIDL note payable of $131,000, which is our only Long-Term Liability. Total Equity: $281,208.69. The June register for the checking account is available in the office, by appointment.

Equity Activity Report:

MASL INVESTMENTS ACCOUNTS STATUS AS OF June 30, 2024
FIRST COMMUNITY
CHECKING –$21,922.90
SHARE SAVINGS – $12,016.74
MONEY MGMT ACCT - $2,468.41
36 MO CD 42 - $89,288.32 (unchanged)
18 MO CD 44 - $53,653.68 unchanged)
18 MO CD 45 - $57,796.81 unchanged)
MASL/SLSM Account - $4,392.88
MASL/SLSM 12 MO CD 42 - $34,526.78 (earning 5.0%)
MASL/SLSM 18 MO CD 41 - $16,000. (earning 4.94%)
TOTAL AT FIRST COMMUNITY (including checking) - $255,658.47
REGIONS
LIFEGREEN NOT FOR PROFIT ACCT - $2,674.79
6 LIFEGREEN SAVINGS ACCTS - $10,303.09
CD $54,891.72 (matured)
TOTAL AT REGIONS - $67,869.60
Charles Schwab (formerly TD AMERITRADE)
VALUE AS OF 6/30/24 - $117,514.57 ($2,418.49 increase) Pfizer and Boeing continue to have significant losses, hopefully short-term.

Miscellaneous notes:

- The LM-2 has been filed with the Department of Labor

The Balance Sheet for June 2024 is available in the office.

Price Committee: Glenn Chairperson, Parker, Holmes, Tichenor, Radick, Stonebreaker, Dolan.

No updates.

By-Laws Committee: Kopff Chairperson, Skolnick, Nicolay, Walsh, Karpowicz, Stewart, Henry (replacing N. Glenn). No updates.

**Unfinished Business:**

1) John Legend concert: Union grievance with Muny over John Legend concert on 9/7. President Tichenor is working with Muny management to hire music groups to perform around Muny campus pre-concert. Nickki Glenn group, Matt Henry group 'Agbara', Muny brass quintet. All musicians playing are members of local 2-197, the Muny Basic/Swing, or played at Muny recently. Musicians are to paid according to Muny CBA rates. This will settle arbitration filed against Muny regarding the 9/7 JL concert. We have since

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

learned that Mr. Legend's team are the requestors of using SLSO instead of the MUNY orchestra; with our current agreement with the MUNY, at least 18 players will be paid the show rate and a 3 hour rehearsal.

2) 2 ongoing grievances with SLSO. 1 player grievance, 1 related to 90 minimum issue. SLSO is trying to count 1 member against the 90 total who is going on medical leave. This is still in negotiation.

**New Business:**

1) MOSL CBA expiring at the end of 2024. President Tichenor has contacted members of MOSL to serve on the negotiating team.

2) Tichenor's home computer is more than 10 years old. He is requesting permission of the EB for the union to purchase a Mac Mini plus a monitor for his use in a home office. Total approx. cost: $1000. Director Smith mentions this has been done in the past, so there is a precedent. M/Smith, S/Skolnick

3) A local musician was fired from recent run of "MJ: the Musical" at the Fox. The local found out the tour made internal recordings of this member and used mistakes as grounds for firing. Member replaced with another local player. This was a violation of the national Pamphlet-B agreement-no recording allowed. Tour MD notified, fired member was paid for services rendered. The contractor attempted to discuss this matter with then-President Buerk, but was denied access to the President by staff member Nicolay. Contractor was able to reach out to S/T Kopff to go over the CBA to see if there were any precedent for this event, or way to defend the musician. Discussion wherein directors express concern over this blocking of access by Nicolay.

4) Chamber Music Society: The October performance (with Ballet St. Louis) was cancelled due to funding issues; since this cancellation happened so far in advance of the concert, there is nothing the local can do in this matter.

5) Per our By-Laws, the MASL will reimburse representatives who attend AFM conferences, including airfare, ground transport, hotel accommodations and per diem meals. This August it will be S/T Kopff attending the TMA conference in Portland, OR, and SLSO member Andy Gott (filling in for Henry Skolnick) for ICSOM in Portland, OR. Motion to approve reimbursements: M/Glenn, S/Henry, MCU

In Memoriam: It is noted that long-time member Robin Hendry has passed; he resigned from our local in 2000, but remains in our hearts and minds.

For the Good of the Association: the Board acknowledges former President Buerk's efforts in his role as President; he came in at a tumultuous time and served our members well.

Next Executive Board Meeting: Saturday August 10, 2024 at 10 am.

Next General Meeting: Buerk had postponed this meeting; new President Tichenor wishes to hold this meeting, set for July 9th.

Adjournment: It is M/Glenn and 2nd/Skolnick to adjourn at 11:10 AM. MCU

## E Board Meeting Aug. 10, 2024

Meeting VIA ZOOM called to order at 10:03AM, by President Tichenor in the chair. All are present via ZOOM.

Reading of Minutes
It is M/Skolnick, S/Smith to adopt the minutes of the meetings for July, 2024 as written. MCU

Reading and Acting on Correspondence – none

**S/T Report August 10, 2024**
Membership data summary as of August 5, 2024: Total membership in good standing is 598.

3 members resigned during July: Charles Smotherson, Hsih Ting (Iris) Wu, Rulin (Olivia) Zhang

1 death was reported in July: Robin Hendry, former member

3 new musicians joined in July:
Hannah Byrne – Clarinet, Bass Clarinet, Eb Clarinet – 201 Nathan Ridge Drive, Defiance, MO 63341 – 636-288-6720 – hbyrne24@me.com

Glen Johnson – Trumpet, Piccolo Trumpet, Flugelhorn, Piano – 8711 Ingram Lane, Avon, IN 46123 – 410-227-2639 – glen@baystreetbrass-works.com

Lexa Kern – Flute, Piccolo, Alto Flute – 1805 S. Harlem Ave., Joplin, MO 64804 – 471-529-7968 – lexa.kern@gmail.com

2 members are Expelled on August 5: Tyler Brugmann, Nathan Nabb.

48 Members were Suspended in August: Charles Ball Fuller, Alicia Bont, Mary Chickos, Laura Dwyer, Denise Fink, Jonathan Gannon, Kimberly Gindler, Randall Gindler, Valarie Gordon, Lamar Harris, Daniel Henderson, Blake Hernton, Adrianne Honnold, Holly Huelskamp, Barbara Hunter, Ranya Iqbal, Floyd Johnson, Casey Kalaher, Cara Kizer, Bob Kuban, John Kurokawa, Jared Lantzy, Jennifer Lewis, Max Ludwig, Nicholas Mihalich, Stephen Neale-Oestreicher, Javier Otalora, Eun Hey (Grace) Park, Isaac Polinsky, Ingrid Popp, Ted Rubright, Bailey Salinero, kurt Silver, Andrew Smith, Dan Smith, Daniel Smithiger, Gina Sprinkle, Zachary Stern, Dawn Striker, Isabel Tannenbaum, Eugene Taylor, Flowerie Terry, Edgar Thierbach, Elsie Thierbach, Chase Ward, Dawn Weber, Joseph Weber, Yin Xiong. Each of these members were e-mailed AND called with a reminder to pay their dues.

5 members reinstated during July: Rebecca Braun, Joanne Keefe, Jane Price, Benjamin Thompson, Robert Walker. We appreciate their reinstatement!

Address, phone, or email changes: List attached:

July finances: Total income: $49,687.62 including $8,312.63 in Membership Dues and $41,369.97 in work dues ($40,032.24 in CBA WD, and $1,337.73 in Casual & MPTF WD). Total expenses: $37,859.75, including $5,497.50 in legal expenditures and $10,782.90 paid to affiliated organizations for a Net Gain of $11,827.87. Total assets: $478,502.70, including cash, investments, EIDL proceeds, and some fixed assets. Total Liabilities: $55,466.14 excluding EIDL note payable of $130,000, which is our only Long-Term Liability. Total Equity: $293,036.56. The July register for the checking account is available in the office, by appointment.

Equity Activity Report:
MASL INVESTMENTS ACCOUNTS STATUS AS OF July 31, 2024

FIRST COMMUNITY
CHECKING –$15,289.53
SHARE SAVINGS – $12,016.74
MONEY MGMT ACCT - $2,473.29
36 MO CD 42 - $89,288.32 (unchanged)
18 MO CD 44 - $53,653.68 unchanged)
18 MO CD 45 - $57,796.81 unchanged)
MASL/SLSM Account - $5,652.88
MASL/SLSM 12 MO CD 42 - $34,526.78

*Continued on page 6*

Case: 4:26-cv-01365-JMD Doc. #: 1-1 Filed: 08/27/26 Page: 33 of 56 PageID #: 38



Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

## Board minutes (cont.)

(earning 5.0%)
MASL/SLSM 18 MO CD 41 - $16,394.12. (earning 4.94%)
TOTAL AT FIRST COMMUNITY (including checking) - $287,092.15

REGIONS
LIFEGREEN NOT FOR PROFIT ACCT - $2,554.79
6 LIFEGREEN SAVINGS ACCTS - $12,483.97
CD $54,891.72 (matured)
TOTAL AT REGIONS - $69,930.48

Charles Schwab (formerly TD AMERITRADE)
VALUE AS OF 7/31/24 - $121,756.26 ($4,241.69 increase) Pfizer and Boeing continue to have significant losses, hopefully short-term.

Miscellaneous notes:

- Our accountant has returned to good health, so our 990 has been filed (we had an extension until October).
- We have been having issues with people dumping extra stuff in our dumpster and causing it to overflow; we are currently looking into alternate companies to save money, AND getting a lock on the dumpster.
- PA Nicolay was successfully able to cancel a few recurring charges on former President Smolik's credit card: Apple iCloud, Free Conference Call, and 2 charges from AVG (an antivirus software we no longer use). The Board still needs to discuss if we should keep this account open in the near future

The Balance Sheet for July 2024 is available in the office.

Price Committee: Glenn Chairperson, Parker, Holmes, Tichenor, Radick, Stonebreaker, Dolan. No updates.

By-Laws Committee: Kopff Chairperson, Skolnick, Nicolay, Walsh, Karpowicz, Stewart, Henry (replacing N. Glenn). No updates.

**Unfinished Business:** (follow-up from e-mail board poll)

1) S/T Kopff points out that we are continuing to pay charges associated with past President Smolik's credit card. These charges are mostly Smolik's cell phone. It is moved by Director Henry to cancel past-President Smolick's credit card. Second Glenn. MCU

2) Director Skolnick makes a motion to cease paying for Smolick's cell phone, Second by Director Henry. MCU

3) S/T Kopff asks for approval to cover PA Nicolay's home internet services. Kopff points out that our by-laws require us to reimburse the President and S/T, but does not address use for staff members, and PA Nicolay does work partially remote from home. Cost is approximately $92 per month. Motion by Director Henry to reimburse Nicolay for home internet bill through Aug 2024; amended by Director Skolnick to continue said reimbursement until this matter is resolved. Original motion Seconded by Director Glenn; amendment seconded by Director Smith. 2 votes Yea, 0 votes Nay. It is suggested that we research other AFM local's policies on this matter going forward.

**Old Business:**

- John legend concert at the MUNY has been settled, but still not 100% clear. Orchestra Manager Wendy Lea helped with determining pay, pension contribution, cartage and media fees.
- The ongoing issue with the SLSO complement remains unresolved; many musicians are out of town for the Summer.

**New Business:**

- SLSO Chamber Music series at the Sheldon Concert Hall: this type of performance/venue is not addressed in the SLSO CBA, per Director Skolnick. It has been proposed to pay the musicians a flat fee for the upcoming brass concert. Director Stewart points out that page 13, section I article 4.1 refers to a "standard rate sheet," and also that musicians can decline to play for this rate. Director Stewart notes that if the SLSO name is being used, the musicians should be from SLSO and paid at the SLSO rate.
- President Tichenor informs that Board that our AFM International Rep, Dave Shelton, will be arriving in late August to perform an audit. This visit request originated from a discussion between Tichenor and Shelton, and was approved by S/T Kopff (who will be providing most of the materials).

In Memoriam: none

For the Good of the Association: none

Next Executive Board Meeting: Saturday September 14, 2024 at 10 am.

Next General Meeting: October 8th at 7pm

Adjournment: It is M/Glenn and 2nd/ Holmes to adjourn at 11:35 AM. MCU

## E Board Meeting Sep 14, 2024

Meeting VIA ZOOM called to order at 10:00AM, by Acting President Glenn in the chair. All are present via ZOOM, except Stewart (excused) and Tichenor (medical leave).

Reading of Minutes

It is M/Glenn, S/Henry to adopt the minutes of the meetings for August, 2024 as written. MCU

Reading and Acting on Correspondence – none

**S/T Report September 14, 2024**

Membership data summary as of September 3, 2024: Total membership in good standing is 612.

0 members resigned during August:

0 deaths was reported in August:

2 new musicians joined in July:

Jason Sato – Bass Trombone – 5525 Fyler Ave., St. Louis, MO 63139 – 512-201-5632. Jasonsato74@gmail.com

Bennett Wood – Saxophone Group, Flute, Clarinet – 11948 Country Club Drive, St. Louis, MO 63028 – 512-797-5466 – bennettwoodmusic@gmail.com

1 members remain Expelled as of September: Tyler Brugmann,

30 Members remain Suspended in August: Charles Ball Fuller, Alicia Bont, Mary Chickos, Denise Fink, Jonathan Gannon, Kimberly Gindler, Randall Gindler, Valarie Gordon,

E-Board minutes, cont'd. p. 7

Case: 4:26-cv-01365-JMD Doc. #: 1-1 Filed: 08/27/26 Page: 34 of 56 PageID #: 39



Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

Blake Hernton, Adrianne Honnold, Floyd Johnson, Casey Kalaher, Bob Kuban, John Kurokawa, Jennifer Lewis, Nicholas Mihalich, Stephen Neale-Oestreicher, Javier Otalora, Eun Hey (Grace) Park, Isaac Polinsky, Ingrid Popp, Bailey Salinero, Andrew Smith, Daniel Smithiger, Gina Sprinkle, Eugene Taylor, Edgar Thierbach, Chase Ward, Dawn Weber, Yin Xiong. Each of these members were e-mailed AND called with a reminder to pay their dues, and were sent a paper stament via USPS.

15 members reinstated during August: Thor Anderson, Ollie Fisher, Daniel Henderson, Holly Huelskamp, Barbara Hunter, Rnaya Iqbal, Cara Kizer, Steven Lawson, Max Ludwig, Nathan Nabb, Ted Rubright, Dan Smith, Dawn Striker, Isabel Tannenbaum, Elise Thierbach. We appreciate their reinstatement!

Address, phone, or email changes: List attached. S/T Kopff sent a member-wide email asking members to update their contact information, in preparation of sending out election ballots. As of Sep 12, there are 56 members who have updated their information; that is about 9% of our overall membership roster.

August finances: Total income: $36,606.54 including $3,438.50 in Membership Dues and $30,417.01 in work dues ($27,369.46 in CBA WD, and $3,047.55 in Casual & MPTF WD). Total expenses: $54,969.97, including $795 in legal expenditures, $2,509.63 in travel expenses for conferences and $20,647.15 paid to affiliated organizations for a Net Loss of $18,363.43. Total assets: $459,724.48, including cash, investments, EIDL proceeds, and some fixed assets. Total Liabilities: $56,051.35 excluding EIDL note payable of $129,000, which is our only Long-Term Liability. Total Equity: $274,673.13. The August register for the checking account is available in the office, by appointment.

Equity Activity Report:
MASL INVESTMENTS ACCOUNTS STATUS AS OF August 31, 2024
FIRST COMMUNITY
CHECKING –$44,666.49
SHARE SAVINGS – $12,016.74 (no change)
MONEY MGMT ACCT - $2,478.18
36 MO CD 42 - $89,288.32 (unchanged)
18 MO CD 44 - $53,653.68 unchanged)
18 MO CD 45 - $57,796.81 unchanged)
MASL/SLSM Checking Account - $2,630.88
MASL/SLSM Savings Account - $4,283.00 (new account)
MASL/SLSM 12 MO CD 42 - $34,526.78 (earning 5.0%)
MASL/SLSM 18 MO CD 41 - $16,394.12. (earning 4.94%)
TOTAL AT FIRST COMMUNITY (including checking) - $317,735.00
REGIONS
LIFEGREEN NOT FOR PROFIT ACCT - $2,494.79
6 LIFEGREEN SAVINGS ACCTS - $12,717.95
Premium Money Market -$25,746.06
TOTAL AT REGIONS - $40,958.80
Charles Schwab (formerly TD AMERITRADE)
VALUE AS OF 8/31/24 - $124,179.81 ($2,423.55 increase) Pfizer and Boeing continue to have significant losses, hopefully short-term.

Miscellaneous notes:

- S/T Kopff was able to release the CD funds held at Regions Bank (account was set up in past-President Smolick's name only). $30,000 of those funds were moved to First Community Credit union to help with cash flow. The remaining $25,793.48 was placed in the newly-established Money Market account at Regions.

The Balance Sheet for August 2024 is available in the office.

Price Committee: Glenn Chairperson, Parker, Holmes, Tichenor, Radick, Stonebreaker, Dolan. No updates.

By-Laws Committee: Kopff Chairperson, Skolnick, Nicolay, Walsh, Karpowicz, Stewart, Henry (replacing N. Glenn). No updates.

**Unfinished Business:** none

**Old Business**: none

**New Business:**

ICSOM and TMA conference reports: tabled until next meeting. M/Glenn, S/Holmes

Disposition of President Tichenor's Mac computer which was purchased by MASL: discussion tabled until next meeting. M/Glenn, S/Holmes. MPTF allocation discussion tabled as well.

In Memoriam: none

For the Good of the Association: none

Next Executive Board Meeting: Saturday October 26 at 10 am.

Next General Meeting: October 8th at 7pm

Adjournment: It is M/Glenn and 2nd/Karpowicz to adjourn at 12:05PM. MCU

## E Board Meeting Oct 26, 2024

Meeting VIA ZOOM called to order at 10:02AM, by Acting President Glenn in the chair. All are present via ZOOM, except Skolnick (excused) and Tichenor (medical leave).

**Reading of Minutes**

It is M/Holmes, S/Glenn to adopt the minutes of the meetings for September, 2024 as written. MCU

Reading and Acting on Correspondence – none

**S/T Report October 26 2024**

Membership data summary as of October 1, 2024: Total membership in good standing is 628 (up 16).

9 members resigned during September: Chase Anderson, Ryan Carpenter, Autumn Chodorowski, Nancy Classes, Cullen Curth, Andrew Hainz, Bill Hershey, Caleb McCarroll, Javier Otalora.

0 deaths was reported in September:

5 new musicians joined in September:

George Goad – Trumpet – 4967 Delor

*Continued on page 8*

**Has YOUR information changed? Mailing address, phone, email? Please let us know so we can update our direcotry and you can get more calls for gigs!**

Case: 4:26-cv-01365-JMD Doc. #: 1-1 Filed: 08/27/26 Page: 35 of 56 PageID #: 40

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM



## Board minutes (cont.)

Street, St. Louis, MO 63109 – 616-255-6664, georgevgoad@aol.com

Carter Haney – Piano, Guitar, Vocalist – WVA Building 2, #224A, 158 Edgar Rd, St. Louis, MO 63119 – 405-693-9012 – carterjhaney@gmail.com

Daniel Herrera – Piano / Keyboards – 16626 Clyton Rd., Wildwood, MO 63011 – 618-560-0408 – danielricherrera@gmail.com

Gina Hilberry – Cello – 4943 McPherson Ave. St. Llouis, MO 63108 – 314-210-8236 – gina@cohenhilberry.com

Chalie Lin – Violin – 3150 Olive Xing, Olivette, MO 63132 – 972-814-0562 – charlielin98@gmail.com

0 members remain Expelled as of October:

14 members reinstated during September: Alicia Bont, Laura Dwyer, Kimberly Gindler, Randall Gindler, Lamar Harris, Blake Hernton, Adrianne Honrold, Isaac Polinsky, Kurt Silver, Flowerie Terry, Edgar Thierbach, Chase Ward, Dawn Weber, Joseph Weber. We appreciate their reinstatement!

Address, phone, or email changes: List attached. S/T Kopff sent a member-wide email asking members to update their contact information, in preparation of sending out election ballots. There are 59 members who have updated their information; that is about 9% of our overall membership roster.

September finances: Total income: $27,558.00 including $1,971.50 in Membership Dues and $22,816.21 in work dues ($22,714.47 in CBA WD, and $101.74 in Casual & MPTF WD). Total expenses: $47,775.62, including $1,526.50 in legal expenditures, $896.37 in travel expenses for conferences and $17,760.11 paid to affiliated organizations for a Net Loss of $20,217.62. Total assets: $440,023.83, including cash, investments, EIDL proceeds, and some fixed assets. Total Liabilities: $57,568.32 excluding EIDL note payable of $128,000, which is our only Long-Term Liability. Total Equity: $254,455.51. The September register for the checking account is available in the office, by appointment.

Equity Activity Report:

MASL INVESTMENTS ACCOUNTS STATUS AS OF September 30, 2024

FIRST COMMUNITY

CHECKING –$-73.47

SHARE SAVINGS – $12,024.31

MONEY MGMT ACCT - $2,482.93

36 MO CD 42 - $89,288.32 (unchanged)

18 MO CD 44 - $54,890.36

18 MO CD 45 - $59,128.99

MASL/SLSM Checking Account - $3,269.80

MASL/SLSM Savings Account - $4,283.00 (no change)

MASL/SLSM 12 MO CD 42 - $34,526.78 (earning 5.0%)

MASL/SLSM 18 MO CD 41 - $16,394.12. (earning 4.94%)

TOTAL AT FIRST COMMUNITY (including checking) - $276,215.14

REGIONS

LIFEGREEN NOT FOR PROFIT ACCT - $2,494.79

6 LIFEGREEN SAVINGS ACCTS - $10,578.09

Premium Money Market -$25,810.69

TOTAL AT REGIONS - $38,883.57

Charles Schwab (formerly TD AMERITRADE)

VALUE AS OF 9/30/24 - $115,132.68

Miscellaneous notes:

- We have had an unhoused couple "squatting" in a tent outside the Union Hall since October 9th. Our mail carrier has stated that she refuses to deliver mail with these people present (sometimes there is a dog). We have been able to meet the mail carrier outside on most days (when she picks up mail out of the drop box outside). Many days we see no mail at all. Outgoing mail is now being driven to a local post office to ensure delivery.

The Balance Sheet for September 2024 is available in the office.

Price Committee: Glenn Chairperson, Parker, Holmes, Tichenor, Radick, Stonebreaker, Dolan. No updates.

By-Laws Committee: Kopff Chairperson, Skolnick, Nicolay, Walsh, Karpowicz, Stewart, Henry (replacing N. Glenn). No updates.

**Unfinished Business:**

S/T Kopff delivers a report from the TMA conference.

Director Skolnick delivered and ICSOM conference update via email.

Discussion of President Tichenor's computer for use at home: Andy has stated that he can and will be happy to buy the computer from MASL. S/T Kopff will send a bill which includes sales tax. Motion to accept this offer: M/Glenn, S/Smith. MCU

Discussion about MPTF: Mostly utilized by Gateway Festival Orchestra and MOSL. Acting President Glenn will dig into the details of who was hired for the other MPTF jobs.

**New Business:**

S/T Kopff informs the Board that we are not financially liquid enough to cover our expenses at this time; we have too many funds locked up in CDs. We need at least $30k in order to meet our obligations. S/T Kopff moves that we liquidate the 18-month CD at First Community (Certificate 44, currently valued at $58,890.36). Second by Matt Henry.

Regarding the unhoused couple living on our property: They have been here since October 9th. The Police are no help, nor is the United Way, nor our alderman, nor the City's social worker. Our mail carrier has informed us that she will not deliver mail with the squatters present. Our insurance agent has also pointed out that they might be a liability, if they suffer an injury or harm the building. Motion to investigate if we can have mail forwarded to a PO box until this matter is resolved: M/Glenn, S/Stewart. S/T Kopff will investigate and get a PO Box if possible.

In Memoriam: none

For the Good of the Association: none

Next Executive Board Meeting: Saturday November 9, 2024 at 10 am.

Next General Meeting: January 14th at 7pm

**Were you born in or before 1954? Have you been in Local 2-197 since 1989? If so, please request a Life Memebrship by contacting the Hall.**

## E Board Meeting Nov 9, 2024

Meeting VIA ZOOM called to order at 10:02AM, by Acting President Glenn in the chair. All are present via ZOOM, except Stewart (excused) and Tichenor (medical leave).

**Reading of Minutes**

It is M/Henry, S/Glenn to adopt the minutes of the meetings for October, 2024 as written. MCU

**Reading and Acting on Correspondence** – Labor Tribune is having a Holiday edition. It is moved/Glenn and S/Holmes to buy the cheapest ad (1/8 page). The intention is to promote awareness of our union within the general St. Louis union/labor community.

**S/T Report October 26 2024**

Membership data summary as of November 1, 2024: Total membership in good standing is 620.

2 members resigned during October: Michael Romans, Alan Schilling.

0 deaths were reported in October:

5 new musicians joined in September:

Grace Browning – Harp – 222 Melrose St., Rochester, NY 14619, 703-447-4075, gbrowning.harp@gmail.com

Jaeyoun Hwang – Violin – 4444 West Pine Blvd #1-414, St. Louis, MO 63108, 929-413-2994, jaeyoun0617@gmail.com

Yoojin Lee – Violin – 1701 N 1st Street Apt 5F, St. Louis, MO 63102, 646-267-4753, gse05134@gmail.com

Ethan Pennycuick – Tuba, Bass Trombone – 843 Emerald Oaks Court, Eureka, MO 63025, 314-879-4920, epennycuick843@gmail.com

Grace Roepke – Harp – 1405 E. Washington St., Louisville, KY, 40206, 952-913-4025, groepke.harp@gmail.com

Karl Vilcins – Bassoon, Contrabassoon – 2622 Cloves St., Rochester, NY 14618, 516-850-3229, karl.vilcina@gmail.com

27 Members were Suspended in October: Terrance (TJ) Abernathy, Gabrielle Baffoni, Omri Barak, William Bauer, Bradley Besand, Janae Bursey, Doug Carson, Fariga Drayton, Rachel Gerhardt, Daniel Herrera, Beth Hoffman, Desiree Jones, Sooah Jung, Julian Kaplan, John Kurtz, Mark Lauer, Justin Lewis, Alexander Mullins, Henry Myers, Phil Ring, Caroline Robinson, Monet Royal, Frank Schroeder, Hannah Silverman, Jacob Stergos, Jonah Stuckey, Peter Ulffers

10 members remain Expelled as of October: Mary Chickos, Jonathan Gannon, Valerie Gordon, Floyd Johnson, John Kurokawa, Jennifer Lewis, Stephen Neale-Oestreicher, Bailey Salinero, Andrew Smith, Gina Sprinkle

7 members reinstated during October: Charles Ball-Fuller, Denise Fink, Bob Kuban, Nicholas Mihalich, Ingrid Popp, Eugene Taylor, Yin Xiong. We appreciate their reinstatement!

Address, phone, or email changes: List of 23 attached. S/T Kopff sent a member-wide email asking members to update their contact information, in preparation of sending out election ballots. Over 10% of our membership have since updated their contact information.

October finances: Total income: $32,033.63 including $5,673 in Membership Dues and $25,874.49 in work dues ($25,818.84 in CBA WD, and $48.49 in Casual & MPTF WD). Total expenses: $73,246.54, including $3,999.00 in legal expenditures, and $23,598.82 paid to affiliated organizations for a Net Loss of $41,212.91. Total assets: $399,857.18, including cash, investments, EIDL proceeds, and some fixed assets. Total Liabilities: $59,976.15 excluding EIDL note payable of $127,000, which is our only Long-Term Liability. Total Equity: $212,881.03. The October register for the checking account is available in the office, by appointment.

Equity Activity Report:
MASL INVESTMENTS ACCOUNTS STATUS AS OF October 31, 2024
FIRST COMMUNITY
CHECKING –$19,165.38
SHARE SAVINGS – $5,024.31
MONEY MGMT ACCT - $2,487.84
36 MO CD 42 - $89,288.32 (unchanged)
18 MO CD 45 - $59,128.99
MASL/SLSM Checking Account - $4,349.80
MASL/SLSM Savings Account - $4,284.26
MASL/SLSM 12 MO CD 42 - $34,526.78 (earning 5.0%)
MASL/SLSM 18 MO CD 41 - $16,394.12. (earning 4.94%)
TOTAL AT FIRST COMMUNITY (including checking) - $234,649.80

REGIONS
LIFEGREEN NOT FOR PROFIT ACCT - $2,434.79
6 LIFEGREEN SAVINGS ACCTS - $12,778.19
Premium Money Market -$25,875.48

TOTAL AT REGIONS - $ 41,088.46

Charles Schwab (formerly TD AMERITRADE)

VALUE AS OF 10/31/24 - $123,401.49 (up $8,268.81)

The Balance Sheet for October 2024 is available in the office.

Following this report, there is discussion about work dues, especially casual work dues, and how to get members to pay their work dues when not performing under a CBA. It is listed in every newsletter.

Price Committee: Glenn Chairperson, Parker, Holmes, Tichenor, Radick, Stonebreaker, Dolan. No updates.

By-Laws Committee: Kopff Chairperson, Skolnick, Nicolay, Walsh, Karpowicz, Stewart, Henry (replacing N. Glenn). No updates.

**Unfinished Business:**

Andy Tichenor has been sent an invoice to purchase the Mac Mini, but has yet to pay it.

Discussion about MPTF: The Board wishes to use these funds to build awareness of the AFM and to help increase membership.

**New Business:**

Our roof has been leaking for over a year now, and when we have reached out to union shops, they will not repair (with warranty), but only replace the entire roof. P.A. Nicolay has found a family-owned roofing company that will guarantee repair work and will do

*Continued on page 10*

Case: 4:26-cv-01365-JMD Doc. #: 1-1 Filed: 08/27/26 Page: 37 of 56 PageID #: 42

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM



the work at a reasonable cost. Estimates include $650 for patching around the HVAC, $150 to repair the anchor at the rear of the building, and a range of $2150-$750 to repair the front entrance leak. Motion to use a non-union, family-owned company to do the repairs: M/ Glenn, S/ Skolnick. MCU.

We will also need electrical repairs in the future: the conduit from the Ameren meter into our fuse panel is rusted, and it is suspected that the wires are frayed. Also, we need to update the fuse box to a more modern circuit-breaker panel.

Acting President Glenn will send a proposed Code of Conduct will be sent to the E-Board for review. Issue tabled by NG for now, S/EP.

In Memoriam: former member Mike Connel has passed

For the Good of the Association: none

Next Executive Board Meeting: Saturday December 14, 2024 at 10 am.

Next General Meeting: January 14th at 7pm

It is moved by Glenn to adjourn, S/ by Smith. Meeting adjourned at 11:14am

## E Board Meeting Dec 14, 2024

Meeting VIA ZOOM called to order at 10:02AM, by Acting President Glenn in the chair. All are present via ZOOM, except Tichenor (medical leave). Board Members-Elect Mike Walk, Greg Schweitzer, and Jason Harris present as observers.

**Reading of Minutes**

Minutes approved from November, 2024 as written. MCU

**Reading and Acting on Correspondence** – none

S/T Report December 14, 2024

Membership data summary as of December 1, 2024: Total membership in good standing is 636 (up 16).

o members resigned during November:

2 deaths was reported in November: Bill Hershey, Edgar Thierbach

6 new musicians joined in November:

Samuel Almaguer –2208 Ashe St., Durham, NC 27601 – 210-643-9840, sralmaguer@gmail.com

Julianna Darby – 680 Hamilton Ave. SE, Apt 2401, Atlanta, GA 30312 – 256-603-6800, julianna.darby@nws.edu

Mark Grisez – 1361 Hamlet St., Columbus, OH 43201 – 559-960-4868, mtgrisez@gmail.com

Christopher Hammiel – 21 Teakwood Dr., Belleville, IL 62221 – 402-490-9926, cmhammiel@gmail.com

Sydney Hartwick confidential

Shaquille Southwell – 2900 Wytchwood Dr., Apt 310, Matarier, LA 70003, shaquillesouthwell@icould.com

0 Members were Suspended in November:

13 members reinstated during November: Omri Barak, Bradley Besand, Doug Carson, Rachel Gerhardt, Beth Hoffman, Sooah Jung, John Kurtz, Henry Myers, Frank Schroeder, Jacob Stergos, Jonah Stuckey, Peter Ulffers, Graham Woodland. We appreciate their reinstatement!

Address, phone, or email changes: List of 8 attached.

November finances: Total income: $28,384.70 including $1,952.69 in Membership Dues and $26,366.37 in work dues ($25,977.26 in CBA WD, and $389.11 in Casual & MPTF WD). Total expenses: $28,591.84, including $2,128.50 in legal expenditures, $2,342.22 and $5,101.57 paid to affiliated organizations for a Net Loss of $207.14. Total assets: $398,663.72, including cash, investments, EIDL proceeds, and some fixed assets. Total Liabilities: $59,744.53 excluding EIDL note payable of $126,000, which is our only Long-Term Liability. Total Equity: $212,919.19. The November register for the checking account is available in the office, by appointment.

Equity Activity Report:
MASL INVESTMENTS ACCOUNTS STATUS AS OF November 30, 2024
FIRST COMMUNITY
CHECKING –$16,320.38
SHARE SAVINGS – $5,024.31
MONEY MGMT ACCT - $2,492.60
36 MO CD 42 - $89,288.32 (unchanged)
18 MO CD 45 - $59,128.99
MASL/SLSM Checking Account - $5,629.80
MASL/SLSM Savings Account - $4,284.26
MASL/SLSM 12 MO CD 42 - $34,526.78 (earning 5.0%)
MASL/SLSM 18 MO CD 41 - $16,394.12. (earning 4.94%)
TOTAL AT FIRST COMMUNITY (including checking) - $233,089.56
REGIONS
LIFEGREEN NOT FOR PROFIT ACCT - $2,374.79
6 LIFEGREEN SAVINGS ACCTS - $12,838.31
Premium Money Market -$25,936.24
TOTAL AT REGIONS - $ 41,149.34

Charles Schwab (formerly TD AMERITRADE)
VALUE AS OF 11/30/24 – $125,822.94 (up $2,421.45)

Miscellaneous notes:

Our bookkeeper is retiring, and discussion ensues about replacement options. Motion to send email to membership to see if any members or their spouses/ friends are interested M/Henry S/ Skolnick. MCU

The Balance Sheet for November 2024 is available in the office.

Price Committee: Glenn Chairperson, Parker, Holmes, Tichenor, Radick, Stonebreaker, Dolan. No updates.

By-Laws Committee: Kopff Chairperson, Skolnick, Nicolay, Walsh, Karpowicz, Stewart, Henry (replacing N. Glenn). No updates.

**Unfinished Business:**

Andy Tichenor has been sent an invoice to purchase the Mac Mini, but has yet to pay it.

Discussion about electrical issues at the Hall (fuse panel should be replaced by a circuit-braker panel, and possible need to replace wiring from the meter to the existing panels). Board approves letting S/T Kopff get a bid for exterior lighting as well, to improve security.

Discussion about Code of Conduct draft – Board decides to table this until new Board is in place. Tabled by Glenn, S/ Smith

*Continued on page 11*

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

Discussion about how existing By-Laws should be updated to better define the various positions and their job duties. Also the By-Laws do not define the length of term for the Presidential Assistant.

**New Business:**

Discussion initiated by Director Henry about the possibility of instituting a Grievance process, wherein members could approach the Board with concerns, possibly including Title IX issues. It is suggested to add this to the revised By-Laws, in addition to a more formal Code of Conduct. Acting President Glenn suggests this should be a top priority for the new Board.

SLSO wants to use outside counsel for their upcoming CBA negotiations. They have chosen Kevin Case, our of Chicago. He has worked with approximately 2/3 of major orchestras' negotiations and he has done work with ICSOM. Attorney Rochelle Skolnick says his hourly rates are reasonable, and comparable to Schuchat, Cook & Werner (our usually-retained law firm). The AFM-provided negotiators are not as experienced with larger orchestra negotiations. Director Skolnick will work with S/T Kopff to get introductions going, and potentially a contract signed. Director Glenn suggests selling the Union's building to raise funds, if needed.

MUNY – A Memorandum of Understanding has been signed, allowing the 4 members who would be up for tenure to continue in their positions until the CBA expires.

Election review: Briefing by AP Glenn: AFM President's Chief of Staff, Jon Ferrone, has reached out to Glenn and the Election Chair for additional information.

In Memoriam: none

For the Good of the Association: Mike Walk will be playing TAPS for deceased member Bill Hershey in January

Next Executive Board Meeting: Saturday, January 11, 2024 at 10 am.

Next General Meeting: January 14th at 7pm

Special Motion by Director Skolnick to acknowledge Acting President Glenn's impressive response to her position. S/ Henry. MCU

Motion to adjourn by Glenn, S/ Holmes. Meeting adjourned at 11:08am

# New Members

Hannah Byrne – Clarinet, Bass Clarinet, Eb Clarinet – 201 Nathan Ridge Drive, Defiance, MO 63341 – 636-288-6720 – hbyrne24@me.com

Glen Johnson – Trumpet, Piccolo Trumpet, Flugelhorn, Piano – 8711 Ingram Lane, Avon, IN 46123 – 410-227-2639 – glen@baystreetbrass-works.com

Lexa Kern – Flute, Piccolo, Alto Flute – 1805 S. Harlem Ave., Joplin, MO 64804 – 471-529-7968 – lexa.kern@gmail.com

Ryan Beach – Trumpet – 309 Shadeswood Dr., Lincoln, NE 65821 – 402-432-1441 rbtrumpet86@gmail.com

Sarah Couvion – Violin – 1830 W. Clark St., St. Charles, MO 63301 – 636-696-3234 – sarahcouvion@gmail.com

Jason Sato – Bass Trombone – 5525 Fyler Ave., St. Louis, MO 63139 – 512-201-5632. Jasonsato74@gmail.com

Bennett Wood – Saxophone Group, Flute, Clarinet – 11948 Country Club Drive, St. Louis, MO 63028 – 512-797-5466 – bennettwoodmusic@gmail.com

Grace Browning – Harp – 222 Melrose St., Rochester, NY 14619, 703-447-4075, gbrowning.harp@gmail.com

Jaeyoun Hwang – Violin – 4444 West Pine Blvd #1-414, St. Louis, MO 63108, 929-413-2994, jaeyoun0617@gmail.com

Yoojin Lee – Violin – 1701 N 1st Street Apt 5F, St. Louis, MO 63102, 646-267-4753, gse05134@gmail.com

Ethan Pennycuick – Tuba, Bass Trombone – 843 Emerald Oaks Court, Eureka, MO 63025, 314-879-4920, epennycuick843@gmail.com

Grace Roepke – Harp – 1405 E. Washington St., Louisville, KY, 40206, 952-913-4025, groepke.harp@gmail.com

Karl Vilcins – Bassoon, Contrabassoon – 2622 Cloves St., Rochester, NY 14618, 516-850-3229, karl.vilcina@gmail.com

George Goad – Trumpet – 4967 Delor Street, St. Louis, MO 63109 – 616-255-6664, georgevgoad@aol.com

Carter Haney – Piano, Guitar, Vocalist – WVA Building 2, #224A, 158 Edgar Rd, St. Louis, MO 63119 – 405-693-9012 – carterjhaney@gmail.com

Samuel Almaguer –2208 Ashe St., Durham, NC 27601 – 210-643-9840, sralmaguer@gmail.com

Julianna Darby – 680 Hamilton Ave. SE, Apt 2401, Atlanta, GA 30312 – 256-603-6800, julianna.darby@nws.edu

Mark Grisez – 1361 Hamlet St., Columbus, OH 43201 – 559-960-4868, mtgrisez@gmail.com

Christopher Hammiel – 21 Teakwood Dr., Belleville, IL 62221 – 402-490-9926, cmhammiel@gmail.com

Sydney Hartwick confidential

Shaquille Southwell – 2900 Wytchwood Dr., Apt 310, Matarier, LA 70003, shaquillesouthwell@icould.com

Daniel Herrera – Piano / Keyboards – 16626 Clyton Rd., Wildwood, MO 63011 – 618-560-0408 – danielricherrera@gmail.com

Gina Hilberry – Cello – 4943 McPherson Ave. St. Llouis, MO 63108 – 314-210-8236 – gina@cohenhilberry.com

Chalie Lin – Violin – 3150 Olive Xing, Olivette, MO 63132 – 972-814-0562 – charlielin98@gmail.com

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

# Address/Phone/Email Changes

Kristin Ahlstrom 5985 N Cuba Ct, St. Louis, MO 63139 (314) 781-1495 mailkris2@gmail.com
Scott Andrews 1809 Rutger St., St Louis, MO 63104¬ (314) 533-2500 sandnet1@gmail.corn
Sandra Baker 2801 Bremerton Rd, St. Louis, MO 63144 (314) 374-3061 skbsdg2@gmail.com
Christine Banks 613 Blair Ave, Alton, IL 62002 (314) 956-7208 banda_christine@yahoo.com
Nicolae Bica 5512 Murdoch Ave, St Louis, MO 63109 (314) 454-3540 bicunica@hotmail.com
Tod Bowermaster 11 Meppen Ct., St. Louis, MO 63128 (314) 821-1202 cornotrace@yahoo.com
Sarah Browdy 360 S. Saint Jacques St, Florissant, MO 63301 (314) 497-2973 sbrowdy@yahoo.com
Aaron Brown 640 Saddle Drive, St. Louis, MO 63033 (618) 581-4228 35brown@gmail.com
Brennan Bukaty 4983 ltaska St, St. Louis, MO 63109 (913) 948-3991 brennan.bukaty@gmail.com
Eileen Burke 1803 O'Connell Point Ct, Ballwin, MO 63011 (314) 277-7136 eileen.burke@sbcglobal.net
Robert Carter 3883 Humphrey Street, Apt. A, St Louis, MO 63116 (314) 550-0973 robbassoon@aol.com
Michael Casimir 402 Colony Woods Drive, St Louis, MO 63122 (215) 964-1573 michael.casimirviola@gmail.com
Elizabeth Chung 2412 Pocahantas Pl., St Louis, MO 63144 (847) 912-8324 etown86@gmail.com
Charlene Clark 2220 Greenside Dr., Springfield, IL 62704-3218 (314) 524-8207
Sallie Coffman #5 Colonist Retreat, O'Fallon, MO 63366 (636) 288-3840 lqviolin1@charter. net
Kurena Crockett 1036 N. Geyer Rd., St. Louis, MO 63122 314-707-6598 kure7@hotmail.com
Nancy Daby 7537 Tornatore Lane, St Louis, MO 63123 (314) 239-0495 (314) 968-5939 nancydaby@me.com
Gary Dammer 1851 Wellington Ln, Maryville, IL 62062 (618) 3449139 (618) 692-6999 planenut2@msn.com
Frank Dunbar 523 Suburban Ave, St Louis, MO 63135 (314) 488-5608 bluesharp70@gmail.com
Michael Dunsmoor 18679 State Highway 156, La Plata, MO 63549 (417) 234-7777 michaelb.dunsmoor@gmail.com
Stephen Eros 2001 W F St, Belleville, IL 62226 (618) 975-5709 stepheneros1990@yahoo.com
Allison Felter 509 Hampshire Court, St Louis, MO 63119 (314) 308-1754 (314) 963-4250 awfelter@yahoo.com
Ann Fink 2741 Park Ave., Suite B, St Louis, MO 63104 (347) 886-7022 annfinkviolin@gmail.com
Robert Fox 1119 Mississippi Ave., Apt 212, St. Louis, MO 63104 (847) 721-0930 robert@robertfoxhorn.com
Matthew Frederickson 2301 Lone Grove School Road, Owensville, MO 65066 (314) 803-1404 fredericksonm@sbcglobal.net
Thomas Frey 3008 Coombs Creek Dr., Dallas, TX 75233 thomasfrey42@gmail.com
Theodore Gabrielides 708W. Schubert Ave., Apt A, Chicago, IL 60614-7088 847-226-8307 tgabe9@thexyz.net
Amy Greenhalgh 4400 Lindell Blvd., Apt 14-F, St. Louis, MO 63108 (314) 366-1686 amygreenhalgh@hotmail.com
James Grisham, III 48 N. Cedar Lake Drive East, #107, Columbia, MO 65203 (662) 346-1591 jamey@officialjameygrisham.com
Heidi Harris 350 E. Clinton Place, Kirkwood, MO 63122 (314) 249-9351 heidimarieharris@aol.com
Titus Hearon P.O. Box 28268, Detroit, MI 48228 (314) 355-1472 (314) 389-5049 hearon55@icloud.com
Peter Henderson 5985 N Cuba Ct, St. Louis, MO 63139- 2649 (314) 781-1495 pchenderson@hotmail.com
Gail Hintz 480 Sunstone Dr, Ballwin, MO 63011- 3412 (314) 550-8755 gaillee22@att.net
Jacqueline Hoffman 1456 Wellington View Ln, Wildwood, MO 63005-6323 (314) 954-4102 hoffman_j@charter.net
Randy Holmes 10938 Coral Ridge Dr, St Louis, MO 63123-5926 (314) 488-4270 rgholmes1@att.net
Robert Hughes 7564 W Bruno Ave, Saint Louis, MO 63117-2157 (314) 952-5092 hughesrljr@gmail.com
Andrea Jarrett 2318 Michigan Ave., St Louis, MO 63104 (734) 476-5752 andreacjarrett@gmail.com
Hae (Hannah) Ji 3313 Selena Street, St Louis, MO 63118 (646) 732-0389 hji.violin@gmail.com
Sarah Kaiser 838 Warwick Lane, Glendale, MO 63122 (314) 249-6491 skhogan15@yahoo.corn
Kristin Kaminsky Sage 1694 San Miguel Lane, Fenton, MO 63026-3244 (314) 791-5791 sagekristin0@gmail.com
Joanne King 205 Highcrest Ct., Shannon, IL 61078 (815) 238-5503 ann.king89@hotmail.com
Joe Kingsbury 1511 Timber Creek Drive, Columbia, MO 65202 (314) 277-4456 (573) 882-6988 j.kingsbury@live.com
Victoria Knudtson 6721 Chamberlain Ave., St. Louis, MO 63130-2512 (507) 402-9290 victoriaknudtson@gmail.com
Audrey Kwong 4202 Humphrey St., St. Louis, MO 63116 (408) 840-1041 audreykwong7@gmail.com
Brittany Lasch 3430 S. Weeping Willow Way, Bloomington, IN 47403 (646) 257-6316 brittanylasch@gmail.com
Michael Latimer 1100 Autumn Creek Ct Apt K, Valley Park, MO 63088-2426 (314) 614-9773 dadothree2003@yahoo.com

Case: 4:26-cv-01365-JMD Doc. #: 1-1 Filed: 08/27/26 Page: 40 of 56 PageID #: 45



# Address/Phone/Email Changes

| | | | |
|---|---|---|---|
| Carol Lebovic | 915 S. Meramec Ave., St. Louis, MO 63105-2540 | (734) 904-2009 | carollebovic@gmail.com |
| Natalie Lee | 15995 Arbor View Blvd, Apt. 530, Naples, FL 34110 | (517) 505-1999 | lee.natalie.13@gmail.com |
| Seul Lee | 1015 Nobleman Dr., St. Louis, MO 63146-5542 | (217) 318-9857 | seu1231@gmail.com |
| William Lenihan | 6953 Chippewa Street, St Louis, MO 63109 | (314) 935-5508 | wlenihan@hotmail.com |
| Aleksis Martin | 10 Fairfax Drive, St. Peters, MO 63376-7176 | (636) 675-0851 | aleksis.martin@icloud.com |
| Xiomara Mass | 1924 Pestalozzi St., St Louis MO 63118 | (787) 459-6793 | xiomara.mass@gmail.com |
| Kathleen Mattis | 1550 Azalea Drive, ST LOUIS, MO 63119 | (314) 495-7986 | ktmattis@gmail.com |
| Susan McDonald | 14802 Pleasant Ridge Ct, Chesterfield, MO 63017-5569 | (314) 952-9335 | redsuemac@me.com |
| John Meuer | 102 Sunset Villa Ct, O'Fallon, MO 63366 | (314) 402-6171 | JCMEURER@yahoo.com |
| Dana Myers | 1743 17th Avenue, San Francisco, CA 94122 | (314) 910-0710 | danaviolin@gmail.com |
| Jennifer Nitchman | 5920 Finkman, St Louis, MO 63109-3433 | (314) 306-4761 | jennynitch@gmail.com |
| Joseph Owens | 1725 Canopy Crest Circle, Belleville, IL 62226 | (618) 530-9740 | jeo1010@gmail.com |
| Henry Palkes | 7300 Pershing, 1W, St Louis, MO 63130 | (314)3613933 | henpal@mac.com |
| Elsie Parker | 7160 Wise Ave, Saint Louis, MO 63117- 1817 | (314) 580-6043 | parkerelsie@att.net |
| Amy Pennington | 3849 Juniata St., St. Louis, MO63116 | (314) 604-2394 | apenningster@gmail.com |
| Jessica Platt | 12204 Ladue Rd., St Louis, MO 63141-8123 | (314) 566-3755 | jessicakinziehunterplatt@gmail.com |
| Xiaoxiao Qiang | 17 N. Tealbrook Dr., St Louis, MO 63141 | (832) 715-8860 | qiangxiaoxiao@gmail.com |
| Linda Radick | 4134 Berview Lane, St. Louis, MO 63129 | (314) 329-6602 | lindaradick@yahoo.com |
| Catherine Ramos | 6228 Washington, St. Louis, MO 63130 | 011-52-1-55180 | catherinelehrramos@gmail.com |
| Manuel Ramos | 6228 Washington, St. Louis, MO 63130 | 011-52-1-5518080517 | manuelramos51@yahoo.com |
| Mary Ramos | Rue Felix Vande Sande 70, Box 19, 1081 Brussels | (011) 324-7262 2123 | maryannramos82@gmail.com |
| Toni Stanley Ratican | 256 Churchill Ln, Ballwin, MO 63011- 2450 | (314) 456-6254 | tstanleyratican@gmail.com |
| Kevin Rauscher | 1739 Robin Knoll Ct, Saint Louis, MO 63146-4215 | (314) 707-2979 | kevinrauscher@myyahoo.com |
| Kevin Ritenauer | 3313 Selena Street, St. Louis, MO 63118 | (330) 808-3440 | Kritenauer1025@gmail.com |
| Thomas Roussin | 2310 Chaucer, Apt 2, St Louis, MO 63114-2310 | (314) 427-3754 | |
| Herbert Sadler | (confidential) | (618) 791-0068 | |
| Eric Schaberg | 4733 Wilbert Rd., High Ridge, MO 63049 | (973) 809-2911 | ericschaberg@me.com |
| Karen Schaberg | 4733 Wilbert Rd., High Ridge, MO 63049 | (973) 809-2907 | karenlisaschaberg@gmail.com |
| Henry Skolnick | 8042 Audrain Dr, St Louis, MO 63121 | (314) 302-1078 | hskolnick@me.com |
| Rochelle Skolnick | 8018 Audrain Dr, St Louis, MO 63121 | (314) 756-3858 | rgskolnick2024@gmail.com |
| Carrie Linn Smith | 1908 Old Hickory Court, Arnold, MO 63010 | (314) 737-8033 | carriefam7@gmail.com |
| Gary A. Smith | 4540 Laclede Ave., Apt 102, Saint Louis, MO 63108 | (314) 374-6049 | gasmitty@aol.com |
| Mitchell Stumpf | 1248 Greenfield PI, Apt 211, O'Fallon, IL 62269 | (314) 699-7115 | mitchellstumpf@gmail.com |
| Keith Sweger | 44 E 4 Mile Road, Wild Point, WI 53402 | (765) 749-3857 | ksweger@bsu.edu |
| McKayla Talasek | 6034-A Columbia Ave., St. Louis, MO 63139 | (314) 793-6770 | mtviolinviola@gmail.com |
| Joey Tartell | 2521 N. Fritz Dr., Bloomington, IN 47408 | (812) 322-5375 | jtartell@gmail.com |
| Gerald (JD) Tolman | 941 Mansionh ill Dr, Ballwin, MO 63011 | (314) 814-4970 | jdtolman@hotmail.com |
| Chance Trottman-Huiet | 5924 Pershing Ave., St. Louis, MO 63112 | (970) 412-4741 | chancehuiet@gmail.com |
| Ronald Vince | 1575 Uthoff, FENTON, MO 63026 | (314) 327-3471 | rvince58@yahoo.com |
| Robert Waggoner | 417 Sorrento Dr., Manchester, MO 63021 | (314) 954-0131 | rswaggoner@juno.com |
| Adrian Walker | 2633 Lyndhurst Ave., St Louis, MO 63114 | (314) 276-8843 | Awing384@cs.com |
| Robin Williams | 311 Evening Star Ct, Wentzville, MO 63385-4572 | (636)357-1087 | RVictoriaW@msn.com |
| Tamara Winston | 4325 Hunter Street, Long Island City, NY 11101 | (847- 207-4132 | tam_win93@hotmail.com |
| Russel Wolf | 505 Glendell Ln, Waterloo, IL 62298-1801 | (618) 558-0155 | russelwolf@hotmail.com |
| Siyu Zhang | 3939 Lindell Blvd., APT 2406, St. Louis, MO 63108 | (646) 510-6891 | Carolviolin711@gmail.com |

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

# Regular Notices

**Office hours:** Please call the office to make sure someone will be present to help you,. ***Please leave a message if you call!*** Regular office hours are **from 10 AM to 4:00 PM, Monday through Friday, or by appointment**.

The **Local 2-197 directory** – members may pick up a copy, one to a member, anytime during regular office hours. You may also download and print a pdf version from the Local's website at www.masl2197.org. - where it is updated quarterly.

**We assess a return check charge** of $30.00 for each check not honored by your bank, as this is what our bank charges us.

A member may resign in good standing ONLY if s/he is **fully paid up for the quarter in which s/he resigns**. As per our bylaws, resignations MUST be in writing. Keep in mind, if you later change your mind and rejoin, you will only have to start paying regular dues if you've resigned in good standing. *A stamp or an email is far cheaper* than having to make up for money owed prior to expulsion for non-payment of dues.

**If you have a problem with your employer**, especially if you are not paid on time or in the right amounts, please contact your union immediately. These matters are time-sensitive, and if you delay action, we may not be able to help you.

**Always get a contract** for jobs for which you are the contractor. If the buyer defaults, and there is a written contract, the Union's lawyer can probably help you. If it's not in writing, you're usually out of luck.

**Rules on tax deductability of Union Dues are always changing**. If you need a printout showing all the dues you paid the previous year to help you with your tax preparation, call the office. Always consult a tax professional!

**Do not donate your services for fund raising events without getting permission from the E-Board first**. Rule of thumb: no one donates unless everyone involved in the event donates. This means the caterer, the venue, the producer, the video guy, the headliner, the electricians, the stagehands, and so forth. There is a "Service Donation Request" form on the website.

**Life membership is not awarded automatically.** You must notify us that you wish to become a Life member, and we will verify that you have met all the requirements. Life membership may NOT be conferred retroactively.

**Please make sure that checks you send for payments have the same name on them as the name we have for you in our database.** If you make payment on a business or other organization account, please write your name on the memo line to ensure that payment is applied to the correct account.

**Are you moving? Is someone else handling your mail?** If so, be sure the Local has your correct mailing address. Please inform us of your new mailing address at least a month in advance of the move so that you will be assured of receiving newsletter, billings, and other important union notices on time. We cannot make any special allowances for bills not paid on time due to an incorrect mailing address on file. Update us when your email address changes, as well.

**Suspended members** may not receive job referrals, use union facilities, or participate in any other benefit of the Association.

**The Local's website** address is http://www.masl2197.org. You will find contract forms as well as updated directories, the current wage scale book, and this newsletter posted there.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

---------- Forwarded message ---------
From: Jason Harris [redacted]
Date: Sun, Feb 9, 2025 at 4:54 PM
Subject: Notice of Termination
To: Jenny Nicolay [redacted], Jenny Nicolay [redacted]
Cc: Sec/Treas Adam Kopff [redacted], Matthew Henry [redacted]

Dear Jenny,

Please find attached the official notice of your termination. A hard copy of the attached letter has been mailed to your home address at [redacted]

We would like you to return all MASL property (keys, credit card, files, equipment, etc) between 11am and 1pm on Thursday, February 13, 2025. During that time we will be able to assist you in removing your personal property from the building. We will have security on site to ensure a smooth transition. Additional information can be found in the attached document.

We understand this may be difficult to process. However, please refrain from airing personal grievances regarding this matter on social media and other avenues to our membership.

It was a pleasure working with you. Thank you for your many years of service.

Respectfully,

Jason Harris
President of the Musicians' Association of St. Louis
Local 2-197 of the American Federation of Musicians
[redacted]

2103 59th Street
St. Louis, MO 63110
Monday-Friday, 10am-4pm
Office: 314-781-6612
Website: masl2197.org

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

MUSICIANS'

ASSOCIATION

OF ST. LOUIS

LOCAL 2-197

MASL 2-197 St. Louis, MO

2103 FIFTY-NINTH ST.

SAINT LOUIS

MISSOURI 63110

314.781.6612

www.MASL2197.org

JASON HARRIS
PRESIDENT
[redacted]

MATT HENRY
VICE-PRESIDENT
[redacted]

ADAM J. KOPFF
SECRETARY/TREASURER
[redacted]

Sunday, February 9, 2025

Subject: Notification of Immediate Termination

Dear Genevieve (Jenny) Nicolay,

On behalf of our Executive Board of Directors, I regret to inform you of your immediate termination, without prior notice or severance pay, from the Musician's Association of St. Louis (MASL), Local 2-197 of the American Federation of Musicians. The position of 'Presidential Assistant' has been eliminated as a result of a unanimous decision made by our Board of Directors on Saturday, February 8, 2025.

We are committed to assisting you during this transition and will provide support in getting your personal belongings into your possession. We will attempt to coordinate a time for you to gather your property this week. During that visit, please return any MASL property in your possession, such as keys, credit cards, badges, sheet music, files, and sound equipment.

Once all MASL property has been returned, we would be happy to provide you an option of delivering the remainder of any of your property to your current place of residence. After February 18, 2025, any personal items remaining on MASL premises will be considered abandoned and disposed of or donated.

We appreciate your contributions to our Local and wish you the best in your future endeavors.

Sincerely,

Jason Harris
President
Musicians' Association of St. Louis
Local 2-197

2622-CC02552
Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

**ADAM M. ALTMAN, LTD.**
847 N. Hermitage Ave., Unit B, Chicago, IL 60622
P (773) 426–6373 • adam.altman@amalawltd.com

March 5, 2025

Musicians' Association of St. Louis
Local 2-197 of the AFM
2103 59th St.
St. Louis, Missouri 63110
(314) 781-6612

***Re: Jenny Nicolay Employment***

Executive Board Members:

I am writing on behalf of my client, Jenny Nicolay. This letter serves as an appeal of her termination from employment with the Musicians Local 2-197 (the "Union" or "Local 2-197"), pursuant to Articles 10 and 12 of the AFM By-Laws (the "By-Laws").

Ms. Nicolay has been working at various positions in the Local 2-197 office since about 1983. Most recently, she managed the office and was responsible for assisting the interim presidents, allowing for some stability in the transition. Ms. Nicolay's most recent job title was Presidential Assistant/Office Manager.

Since the death of President Vicky Smolik, during the transition to new leadership, Ms. Nicolay expressed several concerns to the interim presidents. Ms. Nicolay's primary concerns related to instances where she observed some individuals violating policies and procedures under the By-Laws, and also in contravention to state and federal labor laws.

A committee (the "Committee") investigated Ms. Nicolay's roles, responsibilities, and job duties at Local 2-197. The Committee stated to Ms. Nicolay that the Union office would be operating more smoothly for her soon because her "whistle blowing" had created tension in the workplace. Contrary to those statements, however, the results were quite different.

A Board Member informed Ms. Nicolay that the Board voted that she could no longer schedule bands for performances, and that she needed to surrender or sell the band names. Furthermore, the Board ordered Ms. Nicolay to donate any music in her possession, to the Union. Each of these directives run afoul of Ms. Nicolay's rights as a professional musician. Accordingly, she is unwilling to comply with the violative mandates at issue.

In addition, the Board has failed to follow necessary due process protocol in dismissing Ms. Nicolay from her employment with the Union. Specifically, no Union Board Member or executive gave Ms. Nicolay notice of the reasons for her dismissal. Moreover, the Board failed to offer Ms. Nicolay a hearing, all in violation of Article 11 of the By-Laws. Equally alarming, following Ms. Nicolay's termination, the latest Quarterly Newsletter contained defamatory statements about Ms. Nicolay.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

**ADAM M. ALTMAN, LTD.**
847 N. Hermitage Ave., Unit B, Chicago, IL 60622
P (773) 426–6373 • adam.altman@amalawltd.com

Ms. Nicolay is reviewing her rights and legal options under Missouri and federal laws. In the meantime, she would like to quickly and efficiently settle any misunderstanding or dispute in an amicable manner. To that end, Ms. Nicolay formally requests that the Board reinstate her to full employment with the Union office, effective immediately.

Please respond to this letter within 14 business days. If the Board fails to respond, we will take that to mean that it has no interest in amicable dispute resolution, and Ms. Nicolay will promptly pursue legal recourse.

Ms. Nicolay and I look forward to hearing from you.

Regards,

*Adam M. Altman*

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

Dean L. Christianson*
Rhona S. Lyons*
Loretta K. Haggard*
George O. Suggs
Christopher N. Grant*
Clare R. Behrle*
Matthew B. Leppert*
Patrick K. Shinners*
Natalie J. Teague*
Amanda K. Hansen*
Christie R. Deaton*
Lucas A. Klein*

**SCHUCHAT COOK & WERNER**
ATTORNEYS AT LAW

555 WASHINGTON AVENUE
SUITE 520
SAINT LOUIS, MISSOURI 63101

[redacted]

OF COUNSEL:
JAMES I. SINGER*
SALLY E. BARKER

*also licensed in Illinois

**Via Email: [redacted]**
**dolir.filevinegov.com and EEOC Respondent Portal**

## MISSOURI COMMISSION ON HUMAN RIGHTS

**COMPLAINANT:** Genevieve Nicolay

**RESPONDENT:** Musicians Association of St. Louis, MO Local 2-197

**MCHR NO:** E-0825-57230

**EEOC NO:** 28E-2025-00828

### RESPONSE TO INITIAL RESPONDENT INTERROGATORY

1. Respondent has attached its position statement as to all the allegations contained in the Complaint as well as supporting documentation.

2. At the time of the last act of discrimination alleged by Complainant, Respondent had three (3) employees including Ms. Nicolay.

3. George O. Suggs, 555 Washington Avenue, Suite 520, Saint Louis, MO 63101

4. Respondent is not contemplating bankruptcy proceedings.

5. The address on the Notice of Complaint is correct.

6. The Respondent is not an employer subject to the jurisdiction of the MCHR and therefore never displayed the poster in question.

Electronically Filed - City of St. Louis - June 25, 2026 - 01:30 PM

**POSITION STATEMENT OF RESPONDENT**

Initially, the Respondent asserts that neither the EEOC nor the MCHR has jurisdiction over the complaint. Ms. Nicolay's charge alleges that she was employed by the Respondent and was subjected to harassment, retaliation and termination from her position as Presidential Assistant/Office Manager. Nicolay complains of treatment that she claims was unlawful because she was an employee. Respondent does not have, and did not have, more than three (3) employees at anytime during the five (5) years prior to and during the period during which Ms. Nicolay claims violations of either Title VII, ADEA and the Missouri Human Rights Act.

Ms. Nicolay's age and gender are not disputed nor is the length of her employment with the Respondent. She was the Presidential Assistant/Office Manager until her termination from employment with the Respondent on February 9, 2025.

After the death of Vicki Smolik, the longtime President of Respondent, the Respondent's Executive Board that is the governing body of Respondent, over a period of several months determined that an Assistant to the President/Office Manager was no longer necessary. In determining to eliminate the position occupied by Ms. Nicolay, the Respondent's Executive Board considered the available technology available to perform many of the functions of the office and whether the work performed by Ms. Nicolay was necessary for the Respondent to function and the observations of the interim Presidents of the Local as well as those of President Harris. The Executive Board did not consider Ms Nicolay's age or gender in making the decision to end her employment.

At a meeting on February 8, 2025, the Executive Board of the Respondent voted unanimously to terminate the employment of Ms. Nicolay. Ms. Nicolay was informed of the decision the following day by President Jason Harris.

Respectfully submitted,

SCHUCHAT, COOK & WERNER

[redacted]

George O. Suggs, MO Bar #31641
555 Washington Avenue, Suite 520
St. Louis, MO 63101

[redacted]

*Attorney for Respondent*

# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | **Case Number: 2622-CC02552** | |
| Plaintiff/Petitioner:<br>GENEVIEVE C NICOLAY<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CHRISTA HUELSKAMP<br>104 MEADOW RIDGE COURT<br>SAINT PETERS, MO 63376 | |
| Defendant/Respondent:<br>MUSICIANS' ASSOCIATION OF SAINT LOUIS, LOCAL 2-197 | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp for Return) |

**The State of Missouri to:** **MUSICIANS' ASSOCIATION OF SAINT LOUIS, LOCAL 2-197**
**Alias:**
**2103 59TH STREET**
**ST. LOUIS, MO 63110**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CITY OF ST LOUIS***

6/27/2026
Date

Clerk

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

_________________________________ (name) ______________________ (title).

☐ other: ____________________________________________________________.

Served at _______________________________________________________ (address)

in _________________________ (County/City of St. Louis), MO, on _______________ (date)

at ___________ (time).

_________________________________ _________________________________

Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ ______________________

Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - July 21, 2026 - 04:46 PM

**IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI**

| | | |
|---|---|---|
| **GENEVIEVE C. NICOLAY** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 2622-CC02552** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MUSICIANS' ASSOCIATION OF SAINT LOUIS, LOCAL 2-197** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT**

Plaintiff, Genevieve C. Nicolay, by and through undersigned counsel, respectfully moves the Court for an order extending the time within which to serve Defendant, Musicians' Association of Saint Louis, Local 2-197, and in support states as follows.

**Introduction**

Plaintiff commenced this civil action against Defendant on June 25, 2026. Defendant is the Musicians' Association of Saint Louis, Local 2-197. Service has not yet been perfected.

**Request for Extension**

Plaintiff requests an extension of time of 30 days from the current service deadline of July 27, 2026, to complete service of process on Defendant.

**Factual Grounds**

1. Plaintiff filed the Petition on June 25, 2026, and summons was issued on June 27, 2026.
2. The current deadline to complete service is July 27, 2026.
3. On June 25, 2026, Plaintiff requested issuance of summons from the Clerk and

Electronically Filed - CITY OF ST. LOUIS - July 21, 2026 - 04:46 PM

requested that the summons and service documents be mailed to Plaintiff for service.

4. On July 20, 2026, Plaintiff contacted the Clerk's Office to inquire regarding the status of the issued summons and service documents.
5. The Clerk's Office advised that the original summons and service documents were mailed, but Plaintiff has not yet received them.
6. The Clerk's Office further advised that it cannot reissue summons at this time unless and until the original mailing is returned as undeliverable (or otherwise accounted for).
7. Plaintiff will promptly undertake service immediately upon receipt of the summons and service documents.
8. If the original mailing cannot be located, Plaintiff intends to promptly request issuance of an alias summons and proceed with service and requests a brief extension to complete these steps.
9. This request is made in good faith and not for purposes of delay, and Defendant will not be prejudiced by the requested extension.

**Legal Basis**

Plaintiff requests relief pursuant to Mo. Sup. Ct. R. 54.21, which provides that the time for service of process may be extended, by order of the Court, up to ninety (90) days from the date of issuance of the summons.

**Prayer for Relief**

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order as follows:

1. Granting Plaintiff an extension of 30 days, through and including August 26, 2026, to complete service of process on Defendant, Musicians' Association of Saint Louis,

Electronically Filed - CITY OF ST. LOUIS - July 21, 2026 - 04:46 PM

Local 2-197.

2. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**Straight Talk Legal, LLC**

By /s/ Christa Huelskamp,
Christa Huelskamp, #77573
11775 Borman Drive, Suite 216
Saint Louis, Missouri 63146
3143252450
christa@straight-talk-legal.com
Attorney for Plaintiff

# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | **Case Number: 2622-CC02552** | |
| Plaintiff/Petitioner:<br>GENEVIEVE C NICOLAY<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CHRISTA HUELSKAMP<br>11775 BORMAN DRIVE<br>ST. LOUIS, MO 63146 | |
| Defendant/Respondent:<br>MUSICIANS' ASSOCIATION OF SAINT LOUIS, LOCAL 2-197 | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp for Return) |

**The State of Missouri to:** **MUSICIANS' ASSOCIATION OF SAINT LOUIS, LOCAL 2-197**
**Alias:**
**2103 59TH STREET**
**ST. LOUIS, MO 63110**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CITY OF ST LOUIS***

7/23/2026
Date

Thomas Kloeppinger
Clerk

**Further Information:**


Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________________ (name) ______________________________ (title).

☐ other: ______________________________________________.

Served at ______________________________________________ (address)

in ______________________________ (County/City of St. Louis), MO, on __________________ (date)

at ______________ (time).

______________________________ ______________________________
Printed Name of Officer or Server Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________________ (date).

*(Seal)*

My commission expires: __________________ ______________________________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - CITY OF ST. LOUIS - July 28, 2026 - 04:50 PM

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________, a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to:
John Doe W M 3015 (name) Manager (title).

☐ other: ______________________.

Served at 2103 59th St (address)
in ______________ (County/~~City of St. Louis~~), MO, on 7/28/26 (date)
at 9:50am (time).

T. Roberson
Printed Name of Officer or Server

T. Blm 959
Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________ (date).

*(Seal)*

My commission expires: ______________ ______________
Date Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

5027

# Summons in Civil Case

IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

Electronically Filed - CITY OF ST. LOUIS - July 28, 2026 - 04:50 PM

| | | |
|---|---|---|
| Judge or Division:<br>CHRISTOPHER EDWARD MCGRAUGH | **Case Number: 2622-CC02552** | |
| Plaintiff/Petitioner:<br>GENEVIEVE C NICOLAY<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CHRISTA HUELSKAMP<br>11775 BORMAN DRIVE<br>ST. LOUIS, MO 63146 | |
| Defendant/Respondent:<br>MUSICIANS' ASSOCIATION OF SAINT LOUIS, LOCAL 2-197 | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Employmnt Discrmntn 213.111 | | (Date File Stamp for Return) |

**The State of Missouri to:** **MUSICIANS' ASSOCIATION OF SAINT LOUIS, LOCAL 2-197**
**Alias:**
**2103 59TH STREET**
**ST. LOUIS, MO 63110**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***CITY OF ST LOUIS***

7/23/2026
Date

Thomas Kloeppinger
Clerk

RECEIVED
26 JUL 23 AM 9:46

**Further Information:**